**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BRIAN L. FRECHETTE,<br><br>        Plaintiff,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, as TRUSTEE of AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-11 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2003, WITHOUT RECOURSE<br><br>        Defendants. | CIVIL ACTION NO. 05-11398-RWZ |

## NOTICE OF APPEARANCE

Please enter the appearance of Ryan M. Tosi on behalf of defendants Ameriquest Mortgage Company ("Ameriquest") and Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc. Asset Backed Pass-Through Certificates, Series 2003-11 Under the Pooling and Servicing Agreement Dated as of November 1, 2003, Without Recourse ("Deutsche Bank National Trust Company, as Trustee") (collectively "defendants") in the above-captioned action. Counsel for defendants identified below request receipt of notice of court filings in this matter by the Case Management/Electronic Filing System.

BOS-878048 v1 0304210-0100

        Respectfully submitted,

        AMERIQUEST MORTGAGE CORPORATION and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-11 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2003, WITHOUT RECOURSE

        By their attorneys,

        /s/ Ryan M. Tosi
        R. Bruce Allensworth (BBO #015820)
        (ballensworth@klng.com)
        Phoebe S. Winder (BBO #567103)
        (pwinder@klng.com)
        Ryan M. Tosi (BBO #661080)
        (rtosi@klng.com)
        KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
        75 State Street
        Boston, MA 02109
        (617) 261-3100

Dated: July 12, 2005

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 12, 2005, I served a true copy of the foregoing document by first-class mail, postage prepaid, upon the following:

John T. Landry, III
Glynn, Landry, Harrington & Rice, LLP
10 Forbes Road
Braintree, MA 02184-2605

Michael J. Powers
Powers Law Offices, P.C.
91 Gloucester Road
Westwood, MA 02090

                                          /s/ Ryan M. Tosi
                                          Ryan M. Tosi