UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRIAN L. FRECHETTE,<br><br>        Plaintiff,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, as TRUSTEE of AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-11 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2003, WITHOUT RECOURSE<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 05-11398-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION TO ENLARGE TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Ameriquest Mortgage Company ("Ameriquest") and Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc. Asset Backed Pass-Through Certificates, Series 2003-11 Under the Pooling and Servicing Agreement Dated as of November 1, 2003, Without Recourse ("Deutsche Bank National Trust Company, as Trustee") (collectively "defendants") hereby respectfully request that the Court enlarge the time within which defendants may answer or otherwise respond to plaintiff's Complaint up through and including August 2, 2005. As grounds for this motion, defendants state:

      1.    Defendants first received a copy of the Complaint, the initial pleading setting forth the claims for relief upon which this action is based, on or about June 6, 2005.

BOS-878007 v1

2. Plaintiff has recently formally served Ameriquest with a Summons and Complaint.

3. Plaintiff is in the process of arranging for formal service of process with regard to Deutsche Bank National Trust Company, as Trustee.

4. Defendants removed this action on Friday, July 1, 2005.

5. Pursuant to the agreement between the parties entered into when this matter was pending before the Middlesex Superior Court, defendants' response to plaintiff's Complaint was due to be served on Monday July 18, 2005.

6. The parties have subsequently stipulated and agreed to an enlargement of time within which Ameriquest may respond to plaintiff's Complaint may be enlarged to and including August 2, 2005.

7. Plaintiff has assented to this motion.

WHEREFORE, defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc. Asset Backed Pass-Through Certificates, Series 2003-11 Under the Pooling and Servicing Agreement Dated as of November 1, 2003, Without Recourse respectfully request that the Court enlarge the time within which defendants may answer or otherwise respond to plaintiff's Complaint up through and including August 2, 2005.

| | |
|---|---|
| Assented to: | Respectfully submitted, |
| BRIAN L. FRECHETTE | AMERIQUEST MORTGAGE CORPORATION and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-11 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2003, WITHOUT RECOURSE |
| By his attorneys, | By their attorneys, |
| /s/ John T. Landry, III (with permission)<br>John T. Landry, III (BBO #544388)<br>GLYNN, LANDRY, HARRINGTON & RICE, LLP<br>10 Forbes Road<br>Braintree, MA 02184<br>(781) 356-1399 | /s/ Ryan M. Tosi<br>R. Bruce Allensworth (BBO #015820)<br>(ballensworth@klng.com)<br>Phoebe S. Winder (BBO #567103)<br>(pwinder@klng.com)<br>Ryan M. Tosi (BBO #661080)<br>(rtosi@klng.com)<br>KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP<br>75 State Street<br>Boston, MA 02109<br>(617) 261-3100 |

Dated: July 12, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that on July 12, 2005, I served a true copy of the foregoing document by first-class mail, postage prepaid, upon the following:

John T. Landry, III
Glynn, Landry, Harrington & Rice, LLP
10 Forbes Road
Braintree, MA 02184-2605

Michael J. Powers
Powers Law Offices, P.C.
91 Gloucester Road
Westwood, MA 02090

                                                  /s/ Ryan M. Tosi
                                                  Ryan M. Tosi