## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRIAN L. FRECHETTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY | ) | |
| and DEUTSCHE BANK NATIONAL | ) | |
| TRUST COMPANY, as TRUSTEE of | ) | CIVIL ACTION NO. 05-11398-RWZ |
| AMERIQUEST MORTGAGE | ) | |
| SECURITIES, INC. ASSET BACKED | ) | |
| PASS-THROUGH CERTIFICATES, | ) | |
| SERIES 2003-11 UNDER THE POOLING | ) | |
| AND SERVICING AGREEMENT DATED | ) | |
| AS OF NOVEMBER 1, 2003, WITHOUT | ) | |
| RECOURSE | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of R. Bruce Allensworth on behalf of defendants Ameriquest

Mortgage Company ("Ameriquest") and Deutsche Bank National Trust Company, as Trustee of

Ameriquest Mortgage Securities, Inc. Asset Backed Pass-Through Certificates, Series 2003-11

Under the Pooling and Servicing Agreement Dated as of November 1, 2003, Without Recourse

("Deutsche Bank National Trust Company, as Trustee") (collectively "defendants") in the above-

captioned action.  Counsel for defendants identified below request receipt of notice of court

filings in this matter by the Case Management/Electronic Filing System.

Respectfully submitted,

AMERIQUEST MORTGAGE CORPORATION
and DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE OF
AMERIQUEST MORTGAGE SECURITIES,
INC. ASSET BACKED PASS-THROUGH
CERTIFICATES, SERIES 2003-11 UNDER
THE POOLING AND SERVICING
AGREEMENT DATED AS OF NOVEMBER
1, 2003, WITHOUT RECOURSE

By their attorneys,

/s/ R. Bruce Allensworth
R. Bruce Allensworth (BBO #015820)
(ballensworth@klng.com)
Phoebe S. Winder (BBO #567103)
(pwinder@klng.com)
Ryan M. Tosi (BBO #661080)
(rtosi@klng.com)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: July 12, 2005

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 12, 2005, I served a true copy of the foregoing document by first-class mail, postage prepaid, upon the following:


John T. Landry, III
Glynn, Landry, Harrington & Rice, LLP
10 Forbes Road
Braintree, MA 02184-2605

Michael J. Powers
Powers Law Offices, P.C.
91 Gloucester Road
Westwood, MA 02090


/s/ R. Bruce Allensworth
R. Bruce Allensworth