<div style="text-align:center">

### GLYNN, LANDRY, HARRINGTON & RICE, LLP
ATTORNEYS AT LAW

Ten Forbes Road, Suite 270
Braintree, MA 02184-2605
TEL: (781) 356-1399   FAX: (781) 356-3393
EMAIL: glynlandry@aol.com

</div>

John B. Glynn
William T. Harrington

John T. Landry, III
Daniel W. Rice

July 12, 2005

Clerk
United States District Court
District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

**Re:   Brian L. Frechette**
**v. Ameriquest Mortgage Co., et al.**
**U.S.D.C. Civil Action No. 05-CV-11398-RWZ**

Dear Sir/Madam:

Enclosed for filing and docketing in the above-captioned matter please find:

1. Summons (with Return of Service thereon) – Ameriquest Mortgage Company.

Please note that this action was removed to this Court by the Defendant, Ameriquest Mortgage Company, on the day following the service of the Summons and Complaint. The enclosed Summons was issued by the Middlesex Superior Court of the Commonwealth of Massachusetts and was served while this action was pending in that Court.

Thank you for your attention to this matter.

Very truly yours,

John T. Landry, III

JTL:
Enclosure
cc:   Attorney R. Bruce Allensworth
JTL:FRECHETTECOURTLETTER071205:00002037

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
(EQUITABLE RELIEF) — OTHER

## COMMONWEALTH OF MASSACHUSETTS

...... MIDDLESEX ...... ss
[seal]

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION

No 05-1963

Brian L. Frechette
............................................. Plaintiff(s)

v.

Ameriquest Mortgage Co., et al
............................................. Defendant(s)

## SUMMONS

To the above-named Defendant:

Attorney John I. Landry, III
Glynn, Landry, Harrington & Rice
10 Forbes Road
Braintree, MA 02184-2605

You are hereby summoned and required to serve upon .....

..................................., plaintiff's attorney, whose address is ...................................

..................................., an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at .Cambridge....

................................... either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness,    Barbara J. Rouse    Esquire, at .Cambridge...................................

the ...3rd............................................. day of ............June......................

....................., in the year of our Lord ~~one thousand nine hundred and~~    2005

*Edward J. Sullivan*
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. —001

NOTICE TO DEFENDANT. You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

**COMMONWEALTH OF MASSACHUSETTS**

MIDDLESEX.....ss.

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT CIVIL ACTION

No. MICV2005-01963-D

BRIAN L. FRECHETTE........, Plff.

v.

AMERIQBEST MORTGAGE CO., ET AL........, Deft.

SUMMONS
(Mass. R. Civ. P. 4)

( ............ )
( ....... 19 ....... )
( ............ )

**N.B. TO PROCESS SERVER:**
**PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

Dated: ........................ 19 ........

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999
*Suffolk, ss.*

July 1, 2005
I hereby certify and return that on 6/30/2005 at 12:45PM I served a true and attested copy of the Summons, Complaint, Cover Sheet and Tracking Order, Affidavit, Application For TRO, memorandum in this action in the following manner: To wit, by delivering in hand to J.Shields,agent at time of service,for Ameriquest Mortgage Co., at , 303 Congress Street, Boston, MA. Basic Service Fee (IH) ($30.00), Travel ($3.20), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $39.20

Deputy Sheriff George Slyva