**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BRIAN L. FRECHETTE,                                 ) | |
|                                                     ) | |
|        Plaintiff,                        ) | |
|                                                     ) | |
| v.                                                  ) | |
|                                                     ) | |
| AMERIQUEST MORTGAGE COMPANY                          ) | |
| and DEUTSCHE BANK NATIONAL                           ) | |
| TRUST COMPANY, as TRUSTEE of                         ) | CIVIL ACTION NO. 05-11398-RWZ |
| AMERIQUEST MORTGAGE                                  ) | |
| SECURITIES, INC. ASSET BACKED                        ) | |
| PASS-THROUGH CERTIFICATES,                           ) | |
| SERIES 2003-11 UNDER THE POOLING                     ) | |
| AND SERVICING AGREEMENT DATED                        ) | |
| AS OF NOVEMBER 1, 2003, WITHOUT                      ) | |
| RECOURSE                                            ) | |
|                                                     ) | |
|       Defendants.                       ) | |
|                                                     ) | |

**AMERIQUEST MORTGAGE COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3(A) and Fed. R. Civ. P. 7.1, defendant Ameriquest Mortgage

Company, Inc. ("Ameriquest") hereby discloses that it is a wholly owned subsidiary of

Ameriquest Capital Corporation and that there is no publicly held company that owns 10% or

more of Ameriquest's stock.

BOS-883583 v1

Respectfully submitted,

AMERIQUEST MORTGAGE COMPANY,
INC.

By its attorneys,

/s/ Phoebe S. Winder
R. Bruce Allensworth (BBO #015820)
(ballensworth@klng.com)
Phoebe S. Winder (BBO #567103)
(pwinder@klng.com)
Ryan M. Tosi (BBO #661080)
(rtosi@klng.com)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: August 2, 2005

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 2, 2005, I served a true copy of the foregoing document by electronic filing and first-class mail, postage prepaid, upon the following:


John T. Landry, III
Glynn, Landry, Harrington & Rice, LLP
10 Forbes Road
Braintree, MA 02184-2605

Michael J. Powers
Powers Law Offices, P.C.
91 Gloucester Road
Westwood, MA 02090


              /s/ Ryan M. Tosi
              Ryan M. Tosi