**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BRIAN L. FRECHETTE,<br><br>          Plaintiff,<br>v.<br><br>AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, as TRUSTEE of AMERIQUEST MORTGAGE SECURITIES, INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-11 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2003, WITHOUT RECOURSE<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 05-11398-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE**

      Counsel for the Plaintiff, Brian L. Frechette, and the Defendants, Ameriquest Mortgage Company and Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset Backed Pass-Through Certificates, Series 2003-11 Under the Pooling and Servicing Agreement Dated as of November 1, 2003, Without Recourse, hereby submit the following agenda of matters to be discussed at the Scheduling Conference:

1. The parties' proposed Joint Pre-Trial Scheduling Order.

2. The plaintiff's request for the Court's endorsement of the Consent Order and Stipulation, (attached hereto as Exhibit A) which was previously filed with the Middlesex Superior Court and endorsed by the Superior Court on July 13, 2005. This action was removed to this Court on July 1, 2005, prior to the endorsement of said Order by a justice of that Court. Defendants do not oppose such request.

- 2 -

Respectfully submitted,

| | |
|---|---|
| BRIAN L. FRECHETTE | AMERIQUEST MORTGAGE CORPORATION and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-11 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2003, WITHOUT RECOURSE |
| By his attorneys, | By their attorneys, |
| */s/ John T. Landry, III* (with permission) | */s/ Ryan M. Tosi* |
| John T. Landry, III (BBO #544388)<br>GLYNN, LANDRY, HARRINGTON & RICE, LLP<br>10 Forbes Road<br>Braintree, MA 02184<br>(781) 356-1399 | R. Bruce Allensworth (BBO #015820)<br>(ballensworth@klng.com)<br>Phoebe S. Winder (BBO #567103)<br>(pwinder@klng.com)<br>Ryan M. Tosi (BBO #661080)<br>(rtosi@klng.com)<br>KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP<br>75 State Street<br>Boston, MA 02109<br>(617) 261-3100 |
| */s/ Michael J. Powers* (with permission) | |
| Michael J. Powers (BBO No. #405035)<br>Powers Law Offices, P.C.<br>91 Gloucester Road<br>Westwood, MA  02090<br>(781) 326-7766 | |

Dated: October 12, 2005

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on October 12, 2005, I served a true copy of the foregoing document by electronic filing upon the following:

John T. Landry, III
Glynn, Landry, Harrington & Rice, LLP
10 Forbes Road
Braintree, MA 02184-2605

Michael J. Powers
Powers Law Offices, P.C.
91 Gloucester Road
Westwood, MA 02090

                                      */s/ Ryan M. Tosi*

                                      Ryan M. Tosi

# EXHIBIT A

5

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.	SUPERIOR COURT
CIVIL ACTION NO. MICV2005-01963-D

D

| | |
|---|---|
| BRIAN L. FRECHETTE,<br>    Plaintiff | )<br>)<br>) |
| V. | )<br>) |
| AMERIQUEST MORTGAGE COMPANY<br>and DEUTSCHE BANK NATIONAL<br>TRUST COMPANY, as TRUSTEE of<br>AMERIQUEST MORTGAGE<br>SECURITIES INC., ASSET BACKED<br>PASS-THROUGH CERTIFICATES,<br>SERIES 2003-11 UNDER THE<br>POOLING AND SERVICING<br>AGREEMENT DATED AS OF<br>NOVEMBER 1, 2003, WITHOUT<br>RECOURSE,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED IN THE OFFICE OF THE CLERK OF THE COURTS FOR THE COUNTY OF MIDDLESEX

JUL 0 5 2005

CLERK

### STIPULATION AND CONSENT ORDER

Now come the Plaintiff, Brian L. Frechette, the Defendant, Ameriquest Mortgage Company, and the Defendant, Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset Backed Pass-Through Certificates, Series 2003-11 under the Pooling and Servicing Agreement dated as of November 1, 2003, Without Recourse, and hereby stipulate and agree that, pending a further Order from the Court in this matter, the foreclosure sale of the Plaintiff's residence at 74 Washington Street, Sherborn, Middlesex County, Massachusetts, presently scheduled for Tuesday, July 12, 2005, is stayed.

The parties further respectfully request that this Stipulation be endorsed and approved as an Order of this Honorable Court.

2

| | |
|---|---|
| BRIAN L. FRECHETTE | AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE |
| By his attorney: | By their attorney: |
| *[signature]*<br>John T. Landry, III (BBO No. 544388)<br>Glynn, Landry, Harrington & Rice, LLP<br>10 Forbes Road<br>Braintree, MA  02184-2605<br>(781) 356-1399 | *[signature]*<br>R. Bruce Allensworth (BBO No. 015820)<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>75 State Street<br>Boston, MA  02109-1808<br>(617) 261-3100 |
| *[signature]*<br>Michael J. Powers (BBO No. 405035)<br>Law Offices of Michael J. Powers<br>91 Gloucester Road<br>Westwood, MA  02090<br>(781) 326-7766 | CERTIFICATE OF SERVICE<br>I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on 6-30-05 |

Endorsed and Approved:

*[signature]* Bonnie H. MacLeod Mancuso
Justice, Superior Court

Dated: July 13, 2005