UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN L. FRECHETTE,<br>    Plaintiff | )<br>)<br>) |
| V. | )   CIVIL ACTION NO. 05-11398RWZ<br>) |
| AMERIQUEST MORTGAGE COMPANY<br>and DEUTSCHE BANK NATIONAL<br>TRUST COMPANY, as TRUSTEE of<br>AMERIQUEST MORTGAGE<br>SECURITIES INC., ASSET BACKED<br>PASS-THROUGH CERTIFICATES,<br>SERIES 2003-11 UNDER THE<br>POOLING AND SERVICING<br>AGREEMENT DATED AS OF<br>NOVEMBER 1, 2003, WITHOUT<br>RECOURSE,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION OF PLAINTIFF UNDER LOCAL RULE 16.1(D)**

We, the undersigned, Brian L. Frechette, Attorney John T. Landry, III, and Attorney Michael J. Powers, hereby certify in accordance with Local Rule 16.1(D) that we have conferred for the purpose of establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and to consider the resolution of this litigation through the use of alternative dispute resolution programs, including those outlined in Local Rule 16.4.

*/s/ Brian L. Frechette*
_____
Brian L. Frechette
Plaintiff

*/s/ John T. Landry, III*
_____
John T. Landry, III (BBO No. 544388)
Glynn, Landry, Harrington & Rice
10 Forbes Road
Braintree, MA  02184-2605
(781) 356-1399

*/s/ Michael J. Powers*
_____
Michael J. Powers (BBO No. 405035)
Powers Law Offices, P.C.
91 Gloucester Road
Westwood, MA  02090
(781) 326-7766