UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN L. FRECHETTE,<br><br>        Plaintiff,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, as TRUSTEE of AMERIQUEST MORTGAGE SECURITIES, INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-11 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2003, WITHOUT RECOURSE<br><br>        Defendants. | CIVIL ACTION NO. 05-11398-RWZ |

**AMERIQUEST MORTGAGE COMPANY'S AND
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-11 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2003, WITHOUT RECOURSE'S
<u>LOCAL RULE 16.1(D)(3) CERTIFICATION</u>**

The undersigned hereby certify that they have conferred (1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

BOS-904172 v2

*/s/ LaToya S. Haynes/*
AMERIQUEST MORTGAGE COMPANY
and DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE OF
AMERIQUEST MORTGAGE SECURITIES,
INC., ASSET BACKED PASS-THROUGH
CERTIFICATES, SERIES 2003-11 UNDER
THE POOLING AND SERVICING
AGREEMENT DATED AS OF NOVEMBER
1, 2003, WITHOUT RECOURSE

By: LaToya S. Haynes

Dated: October 19, 2005

*/s/ Ryan M. Tosi/*
R. Bruce Allensworth (BBO #015820)
Phoebe S. Winder (BBO #567103)
Ryan M. Tosi (BBO #661080)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, Massachusetts 02109
(617) 261-3100

Attorneys for Ameriquest Mortgage Company
and Deutsche Bank National Trust Company,
as Trustee of Ameriquest Mortgage Securities,
Inc., Asset Backed Pass-Through Certificates,
Series 2003-11 Under the Pooling and
Servicing Agreement Dated as of November 1,
2003, Without Recourse

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2005, I served a true copy of the foregoing document by electronic filing upon the following:

John T. Landry, III
Glynn, Landry, Harrington & Rice, LLP
10 Forbes Road
Braintree, MA 02184-2605

_____
Ryan M. Tosi