UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN L. FRECHETTE,<br>   Plaintiff<br><br>V.<br><br>AMERIQUEST MORTGAGE COMPANY<br>and DEUTSCHE BANK NATIONAL<br>TRUST COMPANY, as TRUSTEE of<br>AMERIQUEST MORTGAGE<br>SECURITIES INC., ASSET BACKED<br>PASS-THROUGH CERTIFICATES,<br>SERIES 2003-11 UNDER THE<br>POOLING AND SERVICING<br>AGREEMENT DATED AS OF<br>NOVEMBER 1, 2003, WITHOUT<br>RECOURSE,<br>   Defendants | CIVIL ACTION NO. 05-11398RWZ |

**STIPULATION AND CONSENT ORDER**

Now come the Plaintiff, Brian L. Frechette, the Defendant, Ameriquest Mortgage Company, and the Defendant, Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset Backed Pass-Through Certificates, Series 2003-11 under the Pooling and Servicing Agreement dated as of November 1, 2003, Without Recourse, and hereby stipulate and agree that, pending a further Order from the Court in this matter, the foreclosure sale of the Plaintiff's residence at 74 Washington Street, Sherborn, Middlesex County, Massachusetts, presently scheduled for Tuesday, July 12, 2005, is stayed.

The parties further respectfully request that this Stipulation be endorsed and approved as an Order of this Honorable Court.

2

| | |
|---|---|
| BRIAN L. FRECHETTE | AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE |
| By his attorneys: | By their attorney: |
| /s/ John T. Landry III | /s/ R. Bruce Allensworth |
| John T. Landry, III (BBO No. 544388) | R. Bruce Allensworth (BBO No. 015820) |
| Glynn, Landry, Harrington & Rice, LLP | Kirkpatrick & Lockhart Nicholson Graham LLP |
| 10 Forbes Road | 75 State Street |
| Braintree, MA 02184-2605 | Boston, MA 02109-1808 |
| (781) 356-1399 | (617) 261-3100 |

/s/ Michael J. Powers
Michael J. Powers (BBO No. 405035)
Law Offices of Michael J. Powers
91 Gloucester Road
Westwood, MA 02090
(781) 326-7766

Endorsed and Approved:

_____
Justice, United States District Court

Dated: _____