UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN L. FRECHETTE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERIQUEST MORTGAGE COMPANY )<br>and DEUTSCHE BANK NATIONAL )<br>TRUST COMPANY, as TRUSTEE of )<br>AMERIQUEST MORTGAGE )<br>SECURITIES, INC. ASSET BACKED )<br>PASS-THROUGH CERTIFICATES, )<br>SERIES 2003-11 UNDER THE POOLING )<br>AND SERVICING AGREEMENT DATED )<br>AS OF NOVEMBER 1, 2003, WITHOUT )<br>RECOURSE, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 05-11398-RWZ |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael J. Powers on behalf of plaintiff Brian L. Frechette in the above-captioned action. Counsel for the plaintiff identified below request receipt of notice of court filings in this matter by Case Management/Electronic Filing System.

                                                Respectfully submitted,

                                                Brian L. Frechette
                                                By his attorney,

                                                 /s/ Michael J. Powers
                                                Michael J. Powers (BBO #405035)
                                                POWERS LAW OFFICES, P.C.
                                                91 Gloucester Road
                                                Westwood, MA 02090
                                                781-326-7766
                                                bicoastal@comcast.net

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 22, 2006.

                   /s/ Michael J. Powers