

**Kirkpatrick & Lockhart Nicholson Graham LLP**

State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

June 29, 2006

Phoebe S. Winder
617.261.3196
Fax: 617.261.3175
pwinder@klng.com

**BY ELECTRONIC FILING**

Honorable Rya Zobel, U.S.D.J.
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA  02110

Re:   **Brian L. Frechette v. Ameriquest Mortgage Company, et al.**
       **1:05-cv-11398-RWZ**

Dear Judge Zobel:

This letter is to provide the Court with a Status Report as requested by the Court.

Pursuant to the Court's Order of June 1, 2006, Ameriquest provided plaintiff with a statement of Ameriquest's legal position and its defenses by June 16, 2006. Thereafter, and pursuant to the Court's Order of June 1, 2006, the parties were to explore the possibility of settlement of this matter.

To that end, on June 21, 2006, counsel for Ameriquest sent a letter to plaintiff's counsel with an offer to settle this matter. Counsel for Ameriquest provided plaintiff with a period of seven calendar days to respond to Ameriquest's offer to settle. On June 28, 2006, the date on which the offer was set to expire, counsel for plaintiff wrote to counsel for Ameriquest and requested that plaintiff be granted an additional nine days (until July 7, 2006) to review and respond to Ameriquest's June 21, 2006 settlement offer. On June 29, 2006, Ameriquest agreed to proceed forward with settlement negotiations. However, if the principle terms of any settlement cannot be reached by July 7, 2006, Ameriquest intends to prepare a motion for summary judgment on all counts of plaintiff's Complaint and electronically file the same by the Court-Ordered deadline of July 21, 2006.

BOS-983670 v3 0304210-0174

BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PALO ALTO • PITTSBURGH • SAN FRANCISCO • WASHINGTON



Kirkpatrick & Lockhart Nicholson Graham LLP

Honorable Rya Zobel, U.S.D.J.
June 29, 2006
Page 2

Counsel for Ameriquest is available to further discuss this matter at the Court's convenience.

Respectfully submitted,

Phoebe S. Winder

PSW/RMT

cc:   John T. Landry, Esq. (via electronic filing through the ECF system)
      Michael J. Powers, Esq. (via electronic filing through the ECF system)
      R. Bruce Allensworth, Esq. (via electronic filing through the ECF system)
      Ryan M. Tosi, Esq. (via electronic filing through the ECF system)