**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BRIAN L. FRECHETTE,<br><br>          Plaintiff,<br>v.<br><br>AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, as TRUSTEE of AMERIQUEST MORTGAGE SECURITIES, INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-11 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2003, WITHOUT RECOURSE<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 05-11398-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THE PARTIES' JOINT MOTION TO AMEND COURT ORDER OF JUNE 1, 2006**

Now come the parties in the above-captioned matter and respectfully move the Court to enter an Order extending the dispositive motion briefing deadlines set forth in the Court Order of June 1, 2006 by approximately thirty (30) days, to provide additional time for settlement discussions. In support of this motion, the parties state as follows:

      1.     In accordance with the Court Order of June 1, 2006 in this matter, the dispositive motion cut-off date is set to expire on July 21, 2006. The current deadline for any opposition to a dispositive motion is August 11, 2006. The current deadline for a reply to an opposition to the dispositive motion August 18, 2006.

      2.     The parties are currently engaged in settlement negotiations which may obviate the need for any dispositive motions. The additional time requested by this Joint Motion is necessary to permit the parties to continue and complete their settlement discussions.

BOS-986078 v1

- 2 -

    3.       The parties propose that the Court Order of June 1, 2006 be amended as follows:

        a.  Dispositive motions to be filed by August 25, 2006.

        b.  Any opposition to a dispositive motion to be filed by September 15, 2006.

        c.  Any reply to opposition to a dispositive motion to be filed by September 27, 2006.

    4.       To permit the parties sufficient time to conduct further settlement negotiations, which may remove the need for any dispositive motions, the parties have agreed to jointly request an extension of the Court Order of June 1, 2006.

WHEREFORE, plaintiff Brian L. Frechette and defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset Backed Pass-Through Certificates, Series 2003-11 Under the Pooling and Servicing Agreement Dated as of November 1, 2003, Without Recourse request that the Court enter an Order extending the dispositive motion briefing deadlines set forth in the existing June 1, 2006 Court Order by approximately thirty (30) days.

Respectfully submitted,

| | |
|---|---|
| BRIAN L. FRECHETTE | AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-11 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2003, WITHOUT RECOURSE |
| By his attorneys, | By their attorneys, |
| /s/ *John T. Landry* (with permission)<br>_____<br>John T. Landry, III (BBO #544388)<br>(glynlandry@aol.com)<br>GLYNN, LANDRY, HARRINGTON & RICE, LLP<br>10 Forbes Road<br>Braintree, MA 02184<br>(781) 356-1399 | /s/ *Ryan M. Tosi*<br>_____<br>R. Bruce Allensworth (BBO #015820)<br>(ballensworth@klng.com)<br>Phoebe S. Winder (BBO #567103)<br>(pwinder@klng.com)<br>Ryan M. Tosi (BBO #661080)<br>(rtosi@klng.com)<br>KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111<br>(617) 261-3100 |
| /s/ *Michael J. Powers* (with permission)<br>_____<br>Michael J. Powers (BBO No. #405035)<br>(bicoastal@comcast.net)<br>Powers Law Offices, P.C.<br>91 Gloucester Road<br>Westwood, MA  02090<br>(781) 326-7766 | |

Dated: July 12, 2006

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed on July 12, 2006 through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 12, 2006.

John T. Landry, III
Glynn, Landry, Harrington & Rice, LLP
10 Forbes Road
Braintree, MA 02184-2605

Michael J. Powers
Powers Law Offices, P.C.
91 Gloucester Road
Westwood, MA 02090

                                            /s/ *Ryan M. Tosi*
                                            _____
                                            Ryan M. Tosi