UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN L. FRECHETTE,<br><br>      Plaintiff,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, as TRUSTEE of AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-11 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2003, WITHOUT RECOURSE<br><br>      Defendants. | CIVIL ACTION NO. 05-11398-RWZ<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, defendants Ameriquest Mortgage Company ("Ameriquest") and Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset Backed Pass-Through Certificates, Series 2003-11 Under the Pooling and Servicing Agreement Dated as of November 1, 2003, Without Recourse ("Deutsche Bank, as Trustee") (collectively "defendants") hereby move this Court to enter summary judgment on all counts of plaintiff's Complaint on the grounds that plaintiff has not shown and cannot show as a matter of law that defendants failed to accurately disclose certain pre-paid finance charges in violation of Mass. Gen. L. ch. 140D and Mass. Gen. L. ch. 93A.  In support of this motion, defendants rely upon their Local Rule 56.1 Statement of Undisputed Material Facts in Support of Defendants' Motion For Summary Judgment, the Memorandum of Law in Support of Defendants'

Motion for Summary Judgment, the Declaration of George T. Crowley, the Declaration of Lisa Cavin, and the Declaration of Ryan M. Tosi, all filed contemporaneously herewith.

WHEREFORE, defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset Backed Pass-Through Certificates, Series 2003-11 Under the Pooling and Servicing Agreement Dated as of November 1, 2003, Without Recourse respectfully request that the Court grant their motion for summary judgment on all counts of plaintiff's Complaint.

## REQUEST FOR ORAL ARGUMENT

Defendants respectfully request that the Court hear oral argument on this motion.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for defendants has conferred on numerous occasions regarding the disclosed fees with counsel for plaintiff pursuant to Local Rule 7.1(A)(2), but counsel have been unable to reach agreement on the issues raised by this motion.

        Respectfully submitted,

        AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-11 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2003, WITHOUT RECOURSE

        By their attorneys,

        /s/ *Phoebe S. Winder*
        _____
        R. Bruce Allensworth (BBO #015820)
        (ballensworth@klng.com)
        Phoebe S. Winder (BBO #567103)
        (pwinder@klng.com)
        Ryan M. Tosi (BBO #661080)
        (rtosi@klng.com)
        KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
        State Street Financial Center
        One Lincoln Street
        Boston, MA 02111
        (617) 261-3100

Dated: August 25, 2006

## CERTIFICATE OF SERVICE

       I hereby certify that this document, filed on August 25, 2006 through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 25, 2006.

John T. Landry, III
Glynn, Landry, Harrington & Rice, LLP
10 Forbes Road
Braintree, MA 02184-2605

Michael J. Powers
Powers Law Offices, P.C.
91 Gloucester Road
Westwood, MA 02090

                                              /s/ *Phoebe S. Winder*
                                              _____
                                              Phoebe S. Winder