## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN L. FRECHETTE,<br><br>       Plaintiff,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, as TRUSTEE of AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-11 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2003, WITHOUT RECOURSE<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 05-11398-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF RYAN M. TOSI

I, Ryan M. Tosi, hereby declare under oath as follows:

1.      I am an attorney with the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP, located at State Street Financial Center, One Lincoln Street, Boston, MA 02111. I am counsel of record for defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company, As Trustee Of Ameriquest Mortgage Securities, Inc. Asset Backed Pass-Through Certificates, Series 2003-11 Under The Pooling And Servicing Agreement Dated As Of November 1, 2003, Without Recourse (collectively, "Defendants").

2.      I respectfully submit this declaration in connection with Defendants' Motion for Summary Judgment, Defendants' Memorandum in Support of their Motion for Summary Judgment, and Defendants' Local Rule 56.1 Statement of Undisputed Material Facts in Support of Defendants' Motion For Summary Judgment.

3.    Attached hereto as Exhibit 1 is a true and accurate excerpted copy of the

deposition transcript of Brian L. Frechette, dated April 27, 2006.

4.    Attached hereto as Exhibit 2 is a true and accurate copy of the Fidelity National

Title Insurance Company Premium Rate Increase document, introduced as "Exhibit Frechette

12" during Brian L. Frechette's deposition on April 27, 2006.


    I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING
IS TRUE AND CORRECT.  EXECUTED THIS 25 TH DAY OF AUGUST, 2006 AT
BOSTON, MASSACHUSETTS.

_____
Ryan M. Tosi, Esq.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed on August 25, 2006 through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 25, 2006.

John T. Landry, III
Glynn, Landry, Harrington & Rice, LLP
10 Forbes Road
Braintree, MA 02184-2605

Michael J. Powers
Powers Law Offices, P.C.
91 Gloucester Road
Westwood, MA 02090

/s/ *Phoebe S. Winder*

_____
Phoebe S. Winder

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------

| | |
|---|---|
| BRIAN L. FRECHETTE, | : |
| Plaintiff | : |
| VS. | : |
| | : Civil Action |
| AMERIQUEST MORTGAGE COMPANY AND | : No. 05-11398-RWZ |
| DEUTSCHE BANK NATIONAL TRUST | : |
| COMPANY, AS TRUSTEE OF AMERIQUEST | : |
| MORTGAGE SECURITIES, INC. ASSET | : |
| BACKED PASS-THROUGH CERTIFICATES | : |
| SERIES 2003-11, UNDER THE POOLING | : |
| AND SERVICING AGREEMENT DATED | : |
| AS OF NOVEMBER 1, 2003, WITHOUT | : |
| RECOURSE, | : |
| Defendants | : |

----------------------------------

DEPOSITION OF BRIAN LAWRENCE FRECHETTE,
taken on behalf of the Defendants, pursuant to the
applicable provisions of the Massachusetts Rules of
Civil Procedure, before Linda J. Modano, CSR No.
121093, a Registered Professional Reporter and Notary
Public in and for the Commonwealth of Massachusetts,
at the Offices of Kirkpatrick & Lockhart Nicholson
Graham LLP, One Lincoln Street, Boston,
Massachusetts, on Thursday, April 27, 2006,
commencing at 10:20 a.m.

APPEARANCES:
PHOEBE S. WINDER AND RYAN M. TOSI, ESQS., of
Kirkpatrick & Lockhart Nicholson Graham LLP,
State Street Financial Center, One Lincoln Street,
Boston, Massachusetts, 02111-2950, for the
Defendants.
MICHAEL J. POWERS, ESQ., of the Powers Law Offices,
P.C., 91 Gloucester Road, Westwood, Massachusetts,
02090, for the Plaintiff.
LEAVITT REPORTING, INC.

1      A.   I -- Yes, I did.  I initialed it and signed

2    it.

3      Q.   You initialed it on the first two pages

4    and --

5      A.   Signed the third page.

6      Q.   And you recognize your signature on the last

7    page?

8      A.   Right.

9      Q.   And looking at the first page of what's been

10   marked as Exhibit 1, what was the interest rate that

11   was provided under the terms of this note?

12     A.   11.5 percent.

13     Q.   And looking down under the section on the

14   same page, section 3 entitled Payments, do you see

15   where 3 B sets forth the amount of the initial

16   monthly payment?

17     A.   Yes.

18     Q.   And what was the amount of that payment?

19     A.   $5,384.71.

20     Q.   And you agreed to these terms, did you not?

21     A.   Yes.

22     Q.   I'd like to draw your attention to what's

23   been Bates marked AMC-Frechette 00010 through

1    each one of the pages that follow, is there not?

2        A.   Yes.

3        Q.   And then on the second to last page, 00027,

4    there is a signature, correct?

5        A.   Yes.

6        Q.   Is that your signature?

7        A.   Yes, it is.

8        Q.   And do you recall signing this document?

9        A.   Yes.

10       Q.   And when you signed the two documents that

11   have been marked as Exhibit 1 and Exhibit 2

12   respectively; that is, the adjustable rate note and

13   the mortgage, did you have any conversations

14   concerning the terms set forth in these documents?

15       A.   The lawyer representing Ameriquest was there

16   and explained the documents as I signed them.

17       Q.   And do you recall the lawyer's name?

18       A.   No, I do not.

19       Q.   And this lawyer explained the effect and

20   meaning of these documents to you?

21       A.   Yes.

22       Q.   Did you ask him any questions?

23       A.   I may have.

Page 40

```
 1                    (Exhibit 5 was marked for
 2                    Identification.)
 3        Q.   Have you seen this document before,
 4   Mr. Frechette?
 5        A.   I did sign it and so I'm assuming that I did
 6   see it.
 7        Q.   Could you read the caption of the document
 8   into the record?
 9        A.   Truth-in-Lending Disclosure Statement.
10        Q.   And your name and Ameriquest's name appear on
11   the upper left-hand portion of the document?
12        A.   That's correct.
13        Q.   And is there a date on this document?
14        A.   October 1st, 2003.
15        Q.   And it's in connection with your property in
16   Sherborn, correct?
17        A.   That's correct.
18        Q.   And does this document list the finance
19   charge that would be charged to you as part of the
20   loan?
21        A.   Yes, it does.  11.83 percent.
22        Q.   I'm sorry.  The finance charge that would be
23   charged to you as part of the loan.
```

Page 41

1     A.   Oh.   The finance charge.   Yuh.

2     $1,412,417.24.

3     Q.   And the amount financed?

4     A.   $526,077.32.

5     Q.   And in fact, that's the same amount financed

6     that appears on Exhibit 4 under the final loan terms?

7     A.   Yes.

8     Q.   And do you recognize your signature at the

9     bottom of this page?

10    A.   Yes, I do.

11    Q.   And you in fact agreed to the terms as

12    disclosed set forth in this document?

13    A.   Yes.

14    Q.   And did you complain at all regarding these

15    terms when you signed this document on December 1,

16    2003?

17              MR. POWERS: October.

18    Q.   October 1, 2003.

19    A.   No.

20    Q.   Did you have a conversation about the terms

21    with a closing attorney?

22    A.   Not that I recall.

23    Q.   Do you recall the closing attorney telling

Page 42

1    you that this would be the amount financed and the

2    finance charge?

3         A.   Yes.

4         Q.   Did you have any questions for him?

5         A.   Not at that time.  Not that I could recall.

6         Q.   I'd like to show you another document that

7    I'd ask the court reporter to mark as our Exhibit 6.

8                   (Exhibit 6 was marked for

9                   Identification.)

10        Q.   For the record, this document bears the Bates

11   range Frechette 00030 through 00031, and I'll let you

12   have some time, Mr. Frechette, to review this to your

13   satisfaction.

14        A.   Okay.

15        Q.   Do you recognize this document?

16        A.   Yes.

17        Q.   And what do you recognize it to be?

18        A.   The settlement statement.  Basically the

19   closing costs for the mortgage, as well as the

20   disbursement amounts that -- the money that was sent

21   to various banks and credit -- my creditors to clear

22   my debts.

23        Q.   So it was your understanding that you would

Page 43

1  have to pay some costs associated with the closing on

2  October 1st.

3      A.  Yes.

4      Q.  And these costs would be both to Ameriquest,

5  to the closing attorney, as well as to certain third

6  parties.

7      A.  That's correct.

8      Q.  And you understood as well that there would

9  be disbursements to some of your creditors.

10     A.  Yes.

11     Q.  And did you provide either Ameriquest or the

12  closing attorney with the list of the creditors that

13  you wanted paid?

14     A.  Yes.

15     Q.  And those creditors included HHLD Bank,

16  Discover Financial, Providian Financial, and

17  Sovereign Bank?

18     A.  Yes.

19     Q.  And then there would be a large payoff of

20  your prior mortgage, correct?

21     A.  That's correct.

22     Q.  And what was the amount of the payoff of your

23  prior mortgage?

1      A.   It was excessively high compared to what

2   other banks were charging for closings.

3      Q.   And did you express that to the closing

4   attorney at that time?

5      A.   Yes.  Both to the closing attorney as well as

6   to Mr. San Clemente.

7      Q.   So who else was present at the closing?

8      A.   As I indicated before, the general manager

9   whose name I'm not -- I can't remember, as well as

10  Mr. San Clemente, the lawyer for Crowley, and I think

11  that was it at that point.

12     Q.   And so what specifically did you say about

13  the costs that were paid for legal expenses?

14     A.   No.  Well, I didn't -- I don't think the

15  issue of legal expenses came up.

16     Q.   What expenses did come up?  Again, I'm

17  talking at the time of the closing.

18     A.   Right.  Well, the -- why the closing costs

19  were -- how come the closing costs was nearly $20,000

20  and why the prepayment penalty was so high.

21     Q.   Where do you see a reference to the

22  prepayment penalty in connection with this document?

23     A.   Oh, it's not on this document, I'm sorry.

Page 74

1       A.   Okay.

2       Q.   Mr. Frechette, do you recognize this

3   document?

4       A.   Yes.

5       Q.   And what is this document?

6       A.   A letter of rescission.

7       Q.   And for the record, there are five pages of

8   this letter, are there not?  Sorry.  Four.  As well

9   as two exhibits?

10      A.   I have two pages of exhibits.

11      Q.   And who is this letter from?

12      A.   This letter is from Michael J. Powers, my

13  attorney here.

14      Q.   And who is it directed to?

15      A.   To Victor Manougian, Korde and Associates, in

16  Chelmsford.

17      Q.   And do you know who Mr. Manougian is?

18      A.   He was a lawyer representing Ameriquest

19  bringing foreclosure onto my property.

20      Q.   And the date of the letter is April 21 of

21  2005, is it not?

22      A.   Yes, it is.

23      Q.   You testified earlier that you believe this

Page 75

1    to be a rescission letter, correct?

2         A.   Yes.

3         Q.   And in this letter there are various charges

4    which you and your attorney take exception to, is

5    that not right?

6         A.   Yes.

7         Q.   I'd like to draw your attention to the second

8    page of this letter and the paragraph lettered A.

9         A.   Yes.

10        Q.   If you could just read paragraph A silently,

11   I'll be asking you some questions about that.

12        A.   Okay.

13        Q.   If you could also have on hand the signed

14   settlement statement that's been marked as Exhibit 6.

15   I believe it's also attached in unsigned form as an

16   exhibit to this letter, but for purposes of the

17   deposition perhaps we should go with the signed

18   Exhibit 6.

19              MR. POWERS: Here you go.

20              THE WITNESS:   Okay.

21        Q.   In looking at the second page of the letter,

22   paragraph A, I see a reference to Fidelty National

23   Title Insurance Company.   Do you see that?

1    during the closing did you ever speak with

2    Mr. Crowley with regard to issues relating to the

3    title insurance?

4        A.   No.   I assumed that everything was in order.

5        Q.   So you made no mention to Mr. Crowley about

6    anything relating to title insurance.

7        A.   No.

8        Q.   Did you mention to anyone else at Ameriquest

9    anything relating to title insurance or the title

10   policy with Fidelty?

11       A.   Not that I recall.

12       Q.   And you never objected to the $1450 that was

13   originally disclosed on the settlement statement.

14       A.   No.

15       Q.   Now, turning to paragraph B, I'll ask you to

16   review that paragraph to your satisfaction.

17       A.   Okay.

18       Q.   And I'd also ask that our next exhibit be

19   marked as Exhibit 12.   I'm circulating a copy for

20   you.

21                  (Exhibit 12 was marked for

22                  Identification.)

23       Q.   Just let me know when you're ready.

1     Q.   And the basis for your claim for a reduction

2   in the premium was that you had a prior policy with

3   Fidelty National Title, is that correct?

4     A.   Yes.

5     Q.   And that therefore you were entitled to a

6   lower, reduced refinance rate?

7     A.   Yes.

8     Q.   And that rate was 60 percent of the current

9   premium?

10     A.   Yes.

11     Q.   Now, in looking at the premium rate increase

12   document which has been marked as Exhibit 12, I'd

13   like to draw your attention to the bottom box where

14   it says, Refinance Rate.

15     A.   Yes.

16     Q.   Do you see where it says, If a policy has

17   been issued insuring the mortgage being refinanced,

18   then the new premium may be 60 percent of the current

19   premium.

20     A.   Right.

21     Q.   Do you see the reference to may be?

22     A.   Okay.

23     Q.   Was this 60 percent guaranteed --

1              MR. POWERS: Objection.

2         Q.   -- to your knowledge?

3         A.   Well, it seems as though I am not excluded

4    from that.

5         Q.   So it's possible that you could get a

6    discount but not guaranteed.

7         A.   May be read in more than one way, you know.

8         Q.   In reading this sentence do you see anything

9    that you are automatically entitled to the 60 percent

10   discount?

11        A.   It doesn't say might.  It says may.  There's

12   a difference in there of distinction that's very

13   clear.

14        Q.   So may means possible, right?

15        A.   That's right.  Rather than probable.  And

16   there's a much stronger likelihood that one would be

17   over the other, so it isn't just a matter of whim as

18   it might be in terms of it might, but that it may be.

19              In other words, it -- it isn't

20   necessarily a matter of obligation but it may be

21   extended, so that there is a definite possibility

22   there, if not a -- you know, if not in fact I'm

23   entitled.

Page 81

1      Q.  So it was possible that you could get this

2    discount.

3      A.  Of course.

4      Q.  Where did you get what's been marked as

5    Exhibit 12?

6      A.  From -- I'm assuming that it comes from

7    Fidelty National Title Insurance Company.

8      Q.  And did you call them and ask them to send

9    their rates to you?

10     A.  Did I do that personally?

11     Q.  Did you do that, yes.

12     A.  I did not do that personally.

13     Q.  Do you know who did?

14     A.  I'm assuming it would be, you know, those

15   that were in my employ.

16     Q.  And who would that have been?

17     A.  My lawyer.

18     Q.  Did you ever contact Fidelty National Title

19   directly and request a discount?

20     A.  No.

21     Q.  Do you know whether your attorney ever

22   contacted Fidelty National Title directly and

23   requested a discount?

Page 82

```
 1      A.   I do not know.

 2      Q.   To the best of your knowledge did your

 3   counsel contact Fidelty National Title --

 4           MR. POWERS: Objection.  You can answer.

 5      Q.   -- and request a discount?

 6      A.   I don't know.

 7      Q.   Have you ever received any other

 8   correspondence from Fidelty National Title in

 9   connection with your title policy?

10      A.   Not to me personally.

11      Q.   Did you ever provide an insurance policy;

12   that is, a title insurance policy, to Fidelty

13   National Title?

14      A.   Not me personally.

15      Q.   Do you know of anyone else who may have?

16      A.   No.

17      Q.   Other than this letter of April 21, 2005 did

18   you ever make any request of Ameriquest that you be

19   provided with the discounted premium rate?

20      A.   I don't know.

21      Q.   Well --

22      A.   I don't remember.

23      Q.   You never wrote to Ameriquest other than this
```

1     Q.   Have you seen this document before,

2  Mr. Frechette?

3     A.   No.

4     Q.   Do you know what it purports to be?

5     A.   A deferral of the foreclosure on my property.

6     Q.   Do you see to whom this letter is addressed?

7     A.   Yes.

8     Q.   And who is that?

9     A.   Well, it's addressed to Michael Powers,

10  Powers Law Offices, PC, 91 Gloucester Road, Westwood,

11  Massachusetts.

12     Q.   And that's your counsel?

13     A.   That's correct.

14     Q.   And the date of this letter is when?

15     A.   April 26, 2005.

16     Q.   And that was approximately five days after

17  your counsel wrote to Mr. Victor Manougian?

18     A.   Yes.

19     Q.   And in fact, Exhibit 13 expressly

20  acknowledges receipt of that letter to Mr. Manougian

21  of April 21st, no?

22     A.   Yes.

23     Q.   And as a result of this letter Ameriquest

Page 92

1    agreed to postpone the foreclosure sale that had been

2    scheduled, is that not correct?

3         A.   Yes.

4         Q.   Did Ameriquest provide a further

5    understanding of its position with respect to your

6    counsel's claims in its letter of April 21, 2005?

7         A.   I can't answer that.

8         Q.   Well, I'll circulate to you to review a

9    document which I'll ask the court reporter to mark as

10   the next exhibit, Exhibit 14.

11                   (Exhibit 14 was marked for

12                   Identification.)

13        A.   Okay.

14        Q.   Now, do you recognize this document,

15   Mr. Frechette?

16        A.   No.

17        Q.   To whom is the document directed?

18        A.   To Michael Powers, Powers Law Offices, PC.

19        Q.   And in fact, it's a letter dated May 18th of

20   2005, correct?

21        A.   Yes, it is.

22        Q.   And it's from Ameriquest.

23        A.   Yes, it is.

1      Q.   From an Ann Tran, is that not right?

2      A.   That's correct.

3      Q.   And in the letter Miss Tran responds to some

4    of your counsel's allegations on a point-by-point

5    basis, no?

6      A.   Yes, she does.

7      Q.   And I'd like to draw your attention to the

8    second underlined paragraph that is Title Insurance

9    Reissuance Rate.

10     A.   Yes.

11     Q.   Could you read that paragraph into the record

12   please.

13     A.   We have confirmed with the Law Office of

14   George Crowley --

15     Q.   I'm sorry.  The paragraph Title Insurance

16   Reissuance Rate.

17     A.   You indicated that title insurance had been

18   issued in connection with your client's prior

19   mortgage with New Century Mortgage Corporation.

20          Fidelty National has confirmed that they

21   would have charged a refinance reissuance amount of

22   $816 at a rate of $1.50 per thousand of the loan

23   amount had your client submitted a copy of their

Page 94

1   previous title insurance policy as proof of

2   eligibility for such rate.

3           They do not have records indicating that

4   any proof was submitted and your client is welcome to

5   submit a copy of his prior policy to Fidelty National

6   to determine his eligibility for a refund.

7       Q.  Now, I see the reference to the client's

8   prior mortgage with New Century Mortgage Corporation.

9   In fact, you didn't have a prior mortgage with New

10  Century Mortgage Company, did you.

11      A.  Yes.

12      Q.  It was with PCFS, is that right?

13      A.  No, I did have a mortgage with New Century.

14      Q.  Right, but then you refinanced with PCFS,

15  correct?

16      A.  Yes, I did.

17      Q.  And do you know what policy for title

18  insurance that you had in connection with your PCFS

19  mortgage?

20      A.  I do not.

21      Q.  Do you know whether or not that policy was a

22  Fidelty National policy?

23      A.  I do not know.

Page 96

```
 1              Do you know whether or not you ever did
 2    in fact submit a copy of your prior policy to Fidelty
 3    National to determine your eligibility for a refund?
 4        A.   No, I did not.
 5        Q.   You did not.
 6        A.   No.
 7        Q.   Do you know whether your counsel did?
 8        A.   No, I do not know.
 9        Q.   Do you see attached to this letter is a check
10    in the amount of $115 made payable to you?
11        A.   Yes.
12        Q.   Did you ever cash this check?
13        A.   No.
14        Q.   At some point in time you filed an action
15    against Ameriquest, did you not?
16        A.   Yes.
17        Q.   And that was on June 3rd of 2005?
18        A.   Yes.
19        Q.   I'd like to circulate a copy of the complaint
20    which we'll have marked as Exhibit 15.
21             (Exhibit 15 was marked for
22             Identification.)
23        Q.   I'm only going to refer your attention to
```

Page 106

1              Can you tell me specifically what the

2    basis for your calculation of this $77,686.71 figure

3    is?

4        A.   Not at this moment.

5        Q.   You see that request number 11 refers to your

6    payment of residential -- Strike that.  You'll see

7    that request number 11 refers in part to your payment

8    of residential real estate taxes, no?

9        A.   Yes.

10       Q.   Have you been making regular payments on your

11   residential real estate taxes?

12       A.   No.

13       Q.   And why is that?

14       A.   I don't have a good reason for you right at

15   the moment.

16       Q.   You're aware, are you not, that your real

17   estate taxes are not escrowed through Ameriquest,

18   correct?

19       A.   Right.  It's my responsibility.

20       Q.   It's your responsibility to directly pay the

21   town of Sherborn for real estate taxes, correct?

22       A.   Yes.

23       Q.   And you have not paid those taxes.

Page 107

1      A.   Right.

2      Q.   For how long?

3      A.   I think three years.

4      Q.   Mr. Frechette, what damages do you claim that

5   you've suffered as a result of Ameriquest's alleged

6   acts and omissions?

7      A.   What damages do I claim?  In the rescission

8   of the mortgage, to get the money back that I've

9   given Ameriquest.

10     Q.   So other than the money that you've given

11  Ameriquest which you say that you would like back,

12  what else are you seeking?

13     A.   What the law entitles me to so --

14     Q.   Do you know what that is?

15     A.   As far as I understand it, it's legal fees

16  and the interest and the closing costs at this point.

17     Q.   And what are you hoping to get out of the

18  lawsuit personally other than what you've just named?

19     A.   I'm not sure I understand that question.

20     Q.   Well, other than the money that you listed is

21  there anything else that you seek from Ameriquest?

22     A.   I don't think I'm -- I don't think it's a

23  personal vendetta at all.  I think Ameriquest -- It's

# EXHIBIT 2





# Fidelity National Title
## INSURANCE COMPANY

133 Federal Street
Boston, MA 02110
(617) 350-8828
(800) 882-1266
(617) 350-8826 fax

# PREMIUM RATE INCREASE
## EFFECTIVE MARCH 1, 2003

Effective March 1, 2003 the rates for our Owners Policy premium will increase. The rates will be as follows:

### Standard ALTA Owner Policy
Up to and including $1,000,000.00 of liability .......................$3.50 per $1,000.00
Over $1,000,000.00 and up to and including $2,000,000.00 .........$2.50 per $1,000.00
Over $2,000,000.00 is negotiable

### TITLEPLUS Owner Policy (Enhanced Coverage)
Up to and including $1,000,000.00 of liability ........................$3.85 per $1,000.00
Over $1,000,000.00 and up to and including $2,000,000.00 .........$2.75 per $1,000.00
Over $2,000,000.00 is negotiable

### Standard ALTA Loan Policy NO CHANGE
Up to and including $1,000,000.00 of liability .......................$2.50 per $1,000.00
Over $1,000,000.00 and up to and including $2,000,000.00 .........$2.00 per $1,000.00
Over $2,000,000.00 is negotiable

### TITLEPLUS Loan Policy (Enhanced Coverage) NO CHANGE
Up to and including $1,000,000.00 of liability...........................$2.75 per $1,000.00
Over $1,000,000.00 and up to and including $2,000,000.00...........$2.20 per $1,000.00
Over $2,000,000.00 is negotiable

NOTE: Premium for policies issued prior to March 1, 2003 should be calculated at the current rate.

**SIMULTANEOUS ISSUE RATE:** The Simultaneous Issue rate of $100.00 will remain the same. Owner's rate (ALTA or TITLEPLUS) based on the purchase price plus $100.00 for the loan policy (ALTA or TITLEPLUS). Note: The ALTA and TITLEPLUS owner and loan policies may be interchanged for simultaneous issuance.

**MINIMUM PREMIUM:** The minimum premium for Mortgage and Owner's policies ( ALTA and TITLEPLUS) is $100.00.

**REFINANCE RATE:** If a policy has been issued insuring the mortgage being refinanced, then the new premium may be 60% of the current premium. If the amount of the new loan exceeds the amount of the old loan, then additional premium at the full rate should also be collected for that excess amount

PLEASE NOTE: All of the software companies have been notified of the rate change. Please contact your individual software company in order for them to change your software. If you have any questions please contact the Boston office.    2/7/03

**FIDELITY NATIONAL TITLE**
**EFFECTIVE MARCH 1, 2003**

| Liability Amount | Loan Policy Rate | Owner Policy Rate | Simultaneous Issue Rate | Liability Amount | Loan Policy Rate | Owner Policy Rate | Simultaneous Issue Rate |
|---|---|---|---|---|---|---|---|
| 1,000.00 | 100.00 | 100.00 | 200.00 | 61,000.00 | 152.50 | 213.50 | 313.50 |
| 2,000.00 | 100.00 | 100.00 | 200.00 | 62,000.00 | 155.00 | 217.00 | 317.00 |
| 3,000.00 | 100.00 | 100.00 | 200.00 | 63,000.00 | 157.50 | 220.50 | 320.50 |
| 4,000.00 | 100.00 | 100.00 | 200.00 | 64,000.00 | 160.00 | 224.00 | 324.00 |
| 5,000.00 | 100.00 | 100.00 | 200.00 | 65,000.00 | 162.50 | 227.50 | 327.50 |
| 6,000.00 | 100.00 | 100.00 | 200.00 | 66,000.00 | 165.00 | 231.00 | 331.00 |
| 7,000.00 | 100.00 | 100.00 | 200.00 | 67,000.00 | 167.50 | 234.50 | 334.50 |
| 8,000.00 | 100.00 | 100.00 | 200.00 | 68,000.00 | 170.00 | 238.00 | 338.00 |
| 9,000.00 | 100.00 | 100.00 | 200.00 | 69,000.00 | 172.50 | 241.50 | 341.50 |
| 10,000.00 | 100.00 | 100.00 | 200.00 | 70,000.00 | 175.00 | 245.00 | 345.00 |
| 11,000.00 | 100.00 | 100.00 | 200.00 | 71,000.00 | 177.50 | 248.50 | 348.50 |
| 12,000.00 | 100.00 | 100.00 | 200.00 | 72,000.00 | 180.00 | 252.00 | 352.00 |
| 13,000.00 | 100.00 | 100.00 | 200.00 | 73,000.00 | 182.50 | 255.50 | 355.50 |
| 14,000.00 | 100.00 | 100.00 | 200.00 | 74,000.00 | 185.00 | 259.00 | 359.00 |
| 15,000.00 | 100.00 | 100.00 | 200.00 | 75,000.00 | 187.50 | 262.50 | 362.50 |
| 16,000.00 | 100.00 | 100.00 | 200.00 | 76,000.00 | 190.00 | 266.00 | 366.00 |
| 17,000.00 | 100.00 | 100.00 | 200.00 | 77,000.00 | 192.50 | 269.50 | 369.50 |
| 18,000.00 | 100.00 | 100.00 | 200.00 | 78,000.00 | 195.00 | 273.00 | 373.00 |
| 19,000.00 | 100.00 | 100.00 | 200.00 | 79,000.00 | 197.50 | 276.50 | 376.50 |
| 20,000.00 | 100.00 | 100.00 | 200.00 | 80,000.00 | 200.00 | 280.00 | 380.00 |
| 21,000.00 | 100.00 | 100.00 | 200.00 | 81,000.00 | 202.50 | 283.50 | 383.50 |
| 22,000.00 | 100.00 | 100.00 | 200.00 | 82,000.00 | 205.00 | 287.00 | 387.00 |
| 23,000.00 | 100.00 | 100.00 | 200.00 | 83,000.00 | 207.50 | 290.50 | 390.50 |
| 24,000.00 | 100.00 | 100.00 | 200.00 | 84,000.00 | 210.00 | 294.00 | 394.00 |
| 25,000.00 | 100.00 | 100.00 | 200.00 | 85,000.00 | 212.50 | 297.50 | 397.50 |
| 26,000.00 | 100.00 | 100.00 | 200.00 | 86,000.00 | 215.00 | 301.00 | 401.00 |
| 27,000.00 | 100.00 | 100.00 | 200.00 | 87,000.00 | 217.50 | 304.50 | 404.50 |
| 28,000.00 | 100.00 | 100.00 | 200.00 | 88,000.00 | 220.00 | 308.00 | 408.00 |
| 29,000.00 | 100.00 | 100.00 | 200.00 | 89,000.00 | 222.50 | 311.50 | 411.50 |
| 30,000.00 | 100.00 | 100.00 | 200.00 | 90,000.00 | 225.00 | 315.00 | 415.00 |
| 31,000.00 | 100.00 | 100.00 | 200.00 | 91,000.00 | 227.50 | 318.50 | 418.50 |
| 32,000.00 | 100.00 | 100.00 | 200.00 | 92,000.00 | 230.00 | 322.00 | 422.00 |
| 33,000.00 | 100.00 | 100.00 | 200.00 | 93,000.00 | 232.50 | 325.50 | 425.50 |
| 34,000.00 | 100.00 | 119.00 | 219.00 | 94,000.00 | 235.00 | 329.00 | 429.00 |
| 35,000.00 | 100.00 | 122.50 | 222.50 | 95,000.00 | 237.50 | 332.50 | 432.50 |
| 36,000.00 | 100.00 | 126.00 | 226.00 | 96,000.00 | 240.00 | 336.00 | 436.00 |
| 37,000.00 | 100.00 | 129.50 | 229.50 | 97,000.00 | 242.50 | 339.50 | 439.50 |
| 38,000.00 | 100.00 | 133.00 | 233.00 | 98,000.00 | 245.00 | 343.00 | 443.00 |
| 39,000.00 | 100.00 | 136.50 | 236.50 | 99,000.00 | 247.50 | 346.50 | 446.50 |
| 40,000.00 | 100.00 | 140.00 | 240.00 | 100,000.00 | 250.00 | 350.00 | 450.00 |
| 41,000.00 | 102.50 | 143.50 | 243.50 | 101,000.00 | 252.50 | 353.50 | 453.50 |
| 42,000.00 | 105.00 | 147.00 | 247.00 | 102,000.00 | 255.00 | 357.00 | 457.00 |
| 43,000.00 | 107.50 | 150.50 | 250.50 | 103,000.00 | 257.50 | 360.50 | 460.50 |
| 44,000.00 | 110.00 | 154.00 | 254.00 | 104,000.00 | 260.00 | 364.00 | 464.00 |
| 45,000.00 | 112.50 | 157.50 | 257.50 | 105,000.00 | 262.50 | 367.50 | 467.50 |
| 46,000.00 | 115.00 | 161.00 | 261.00 | 106,000.00 | 265.00 | 371.00 | 471.00 |
| 47,000.00 | 117.50 | 164.50 | 264.50 | 107,000.00 | 267.50 | 374.50 | 474.50 |
| 48,000.00 | 120.00 | 168.00 | 268.00 | 108,000.00 | 270.00 | 378.00 | 478.00 |
| 49,000.00 | 122.50 | 171.50 | 271.50 | 109,000.00 | 272.50 | 381.50 | 481.50 |
| 50,000.00 | 125.00 | 175.00 | 275.00 | 110,000.00 | 275.00 | 385.00 | 485.00 |
| 51,000.00 | 127.50 | 178.50 | 278.50 | 111,000.00 | 277.50 | 388.50 | 488.50 |
| 52,000.00 | 130.00 | 182.00 | 282.00 | 112,000.00 | 280.00 | 392.00 | 492.00 |
| 53,000.00 | 132.50 | 185.50 | 285.50 | 113,000.00 | 282.50 | 395.50 | 495.50 |
| 54,000.00 | 135.00 | 189.00 | 289.00 | 114,000.00 | 285.00 | 399.00 | 499.00 |
| 55,000.00 | 137.50 | 192.50 | 292.50 | 115,000.00 | 287.50 | 402.50 | 502.50 |
| 56,000.00 | 140.00 | 196.00 | 296.00 | 116,000.00 | 290.00 | 406.00 | 506.00 |
| 57,000.00 | 142.50 | 199.50 | 299.50 | 117,000.00 | 292.50 | 409.50 | 509.50 |
| 58,000.00 | 145.00 | 203.00 | 303.00 | 118,000.00 | 295.00 | 413.00 | 513.00 |
| 59,000.00 | 147.50 | 206.50 | 306.50 | 119,000.00 | 297.50 | 416.50 | 516.50 |
| 60,000.00 | 150.00 | 210.00 | 310.00 | 120,000.00 | 300.00 | 420.00 | 520.00 |

Page 1 of 5

**FIDELITY NATIONAL TITLE**
**EFFECTIVE MARCH 1, 2003**

| Liability Amount | Loan Policy Rate | Owner Policy Rate | Simultaneous Issue Rate | Liability Amount | Loan Policy Rate | Owner Policy Rate | Simultaneous Issue Rate |
|---|---|---|---|---|---|---|---|
| 121,000.00 | 302.50 | 423.50 | 523.30 | 181,000.00 | 452.50 | 633.50 | 733.50 |
| 122,000.00 | 305.00 | 427.00 | 527.00 | 182,000.00 | 455.00 | 637.00 | 737.00 |
| 123,000.00 | 307.50 | 430.50 | 530.50 | 183,000.00 | 457.50 | 640.50 | 740.50 |
| 124,000.00 | 310.00 | 434.00 | 534.00 | 184,000.00 | 460.00 | 644.00 | 744.00 |
| 125,000.00 | 312.50 | 437.50 | 537.50 | 185,000.00 | 462.50 | 647.50 | 747.50 |
| 126,000.00 | 315.00 | 441.00 | 541.00 | 186,000.00 | 465.00 | 651.00 | 751.00 |
| 127,000.00 | 317.50 | 444.50 | 544.50 | 187,000.00 | 467.50 | 654.50 | 754.50 |
| 128,000.00 | 320.00 | 448.00 | 548.00 | 188,000.00 | 470.00 | 658.00 | 758.00 |
| 129,000.00 | 322.50 | 451.50 | 551.50 | 189,000.00 | 472.50 | 661.50 | 761.50 |
| 130,000.00 | 325.00 | 455.00 | 555.00 | 190,000.00 | 475.00 | 665.00 | 765.00 |
| 131,000.00 | 327.50 | 458.50 | 558.50 | 191,000.00 | 477.50 | 668.50 | 768.50 |
| 132,000.00 | 330.00 | 462.00 | 562.00 | 192,000.00 | 480.00 | 672.00 | 772.00 |
| 133,000.00 | 332.50 | 465.50 | 565.50 | 193,000.00 | 482.50 | 675.50 | 775.50 |
| 134,000.00 | 335.00 | 469.00 | 569.00 | 194,000.00 | 485.00 | 679.00 | 779.00 |
| 135,000.00 | 337.50 | 472.50 | 572.50 | 195,000.00 | 487.50 | 682.50 | 782.50 |
| 136,000.00 | 340.00 | 476.00 | 576.00 | 196,000.00 | 490.00 | 686.00 | 786.00 |
| 137,000.00 | 342.50 | 479.50 | 579.50 | 197,000.00 | 492.50 | 689.50 | 789.50 |
| 138,000.00 | 345.00 | 483.00 | 583.00 | 198,000.00 | 495.00 | 693.00 | 793.00 |
| 139,000.00 | 347.50 | 486.50 | 586.50 | 199,000.00 | 497.50 | 696.50 | 796.50 |
| 140,000.00 | 350.00 | 490.00 | 590.00 | 200,000.00 | 500.00 | 700.00 | 800.00 |
| 141,000.00 | 352.50 | 493.50 | 593.50 | 201,000.00 | 502.50 | 703.50 | 803.50 |
| 142,000.00 | 355.00 | 497.00 | 597.00 | 202,000.00 | 505.00 | 707.00 | 807.00 |
| 143,000.00 | 357.50 | 500.50 | 600.50 | 203,000.00 | 507.50 | 710.50 | 810.50 |
| 144,000.00 | 360.00 | 504.00 | 604.00 | 204,000.00 | 510.00 | 714.00 | 814.00 |
| 145,000.00 | 362.50 | 507.50 | 607.50 | 205,000.00 | 512.50 | 717.50 | 817.50 |
| 146,000.00 | 365.00 | 511.00 | 611.00 | 206,000.00 | 515.00 | 721.00 | 821.00 |
| 147,000.00 | 367.50 | 514.50 | 614.50 | 207,000.00 | 517.50 | 724.50 | 824.50 |
| 148,000.00 | 370.00 | 518.00 | 618.00 | 208,000.00 | 520.00 | 728.00 | 828.00 |
| 149,000.00 | 372.50 | 521.50 | 621.50 | 209,000.00 | 522.50 | 731.50 | 831.50 |
| 150,000.00 | 375.00 | 525.00 | 625.00 | 210,000.00 | 525.00 | 735.00 | 835.00 |
| 151,000.00 | 377.50 | 528.50 | 628.50 | 211,000.00 | 527.50 | 738.50 | 838.50 |
| 152,000.00 | 380.00 | 532.00 | 632.00 | 212,000.00 | 530.00 | 742.00 | 842.00 |
| 153,000.00 | 382.50 | 535.50 | 635.50 | 213,000.00 | 532.50 | 745.50 | 845.50 |
| 154,000.00 | 385.00 | 539.00 | 639.00 | 214,000.00 | 535.00 | 749.00 | 849.00 |
| 155,000.00 | 387.50 | 542.50 | 642.50 | 215,000.00 | 537.50 | 752.50 | 852.50 |
| 156,000.00 | 390.00 | 546.00 | 646.00 | 216,000.00 | 540.00 | 756.00 | 856.00 |
| 157,000.00 | 392.50 | 549.50 | 649.50 | 217,000.00 | 542.50 | 759.50 | 859.50 |
| 158,000.00 | 395.00 | 553.00 | 653.00 | 218,000.00 | 545.00 | 763.00 | 863.00 |
| 159,000.00 | 397.50 | 556.50 | 656.50 | 219,000.00 | 547.50 | 766.50 | 866.50 |
| 160,000.00 | 400.00 | 560.00 | 660.00 | 220,000.00 | 550.00 | 770.00 | 870.00 |
| 161,000.00 | 402.50 | 563.50 | 663.50 | 221,000.00 | 552.50 | 773.50 | 873.50 |
| 162,000.00 | 405.00 | 567.00 | 667.00 | 222,000.00 | 555.00 | 777.00 | 877.00 |
| 163,000.00 | 407.50 | 570.50 | 670.50 | 223,000.00 | 557.50 | 780.50 | 880.50 |
| 164,000.00 | 410.00 | 574.00 | 674.00 | 224,000.00 | 560.00 | 784.00 | 884.00 |
| 165,000.00 | 412.50 | 577.50 | 677.50 | 225,000.00 | 562.50 | 787.50 | 887.50 |
| 166,000.00 | 415.00 | 581.00 | 681.00 | 226,000.00 | 565.00 | 791.00 | 891.00 |
| 167,000.00 | 417.50 | 584.50 | 684.50 | 227,000.00 | 567.50 | 794.50 | 894.50 |
| 168,000.00 | 420.00 | 588.00 | 688.00 | 228,000.00 | 570.00 | 798.00 | 898.00 |
| 169,000.00 | 422.50 | 591.50 | 691.50 | 229,000.00 | 572.50 | 801.50 | 901.50 |
| 170,000.00 | 425.00 | 595.00 | 695.00 | 230,000.00 | 575.00 | 805.00 | 905.00 |
| 171,000.00 | 427.50 | 598.50 | 698.50 | 231,000.00 | 577.50 | 808.50 | 908.50 |
| 172,000.00 | 430.00 | 602.00 | 702.00 | 232,000.00 | 580.00 | 812.00 | 912.00 |
| 173,000.00 | 432.50 | 605.50 | 705.50 | 233,000.00 | 582.50 | 815.50 | 915.50 |
| 174,000.00 | 435.00 | 609.00 | 709.00 | 234,000.00 | 585.00 | 819.00 | 919.00 |
| 175,000.00 | 437.50 | 612.50 | 712.50 | 235,000.00 | 587.50 | 822.50 | 922.50 |
| 176,000.00 | 440.00 | 616.00 | 716.00 | 236,000.00 | 590.00 | 826.00 | 926.00 |
| 177,000.00 | 442.50 | 619.50 | 719.50 | 237,000.00 | 592.50 | 829.50 | 929.50 |
| 178,000.00 | 445.00 | 623.00 | 723.00 | 238,000.00 | 595.00 | 833.00 | 933.00 |
| 179,000.00 | 447.50 | 626.50 | 726.50 | 239,000.00 | 597.50 | 836.50 | 936.50 |
| 180,000.00 | 450.00 | 630.00 | 730.00 | 240,000.00 | 600.00 | 840.00 | 940.00 |

FIDELITY NATIONAL TITLE
EFFECTIVE MARCH 1, 2003

| Liability Amount | Loan Policy Rate | Owner Policy Rate | Simultaneous Issue Rate | Liability Amount | Loan Policy Rate | Owner Policy Rate | Simultaneous Issue Rate |
|---|---|---|---|---|---|---|---|
| 241,000.00 | 502.50 | 842.50 | 943.50 | 301,000.00 | 752.50 | 1,053.50 | 1,153.50 |
| 242,500.00 | 505.00 | 847.00 | 947.00 | 302,000.00 | 755.00 | 1,057.00 | 1,157.00 |
| 243,000.00 | 607.50 | 850.50 | 950.50 | 303,000.00 | 757.50 | 1,060.50 | 1,160.50 |
| 244,000.00 | 510.00 | 854.00 | 954.00 | 304,000.00 | 760.00 | 1,064.00 | 1,164.00 |
| 245,000.00 | 512.50 | 857.50 | 957.50 | 305,000.00 | 762.50 | 1,067.50 | 1,167.50 |
| 246,000.00 | 515.00 | 861.00 | 961.00 | 306,000.00 | 765.00 | 1,071.00 | 1,171.00 |
| 247,000.00 | 617.50 | 864.50 | 964.50 | 307,000.00 | 767.50 | 1,074.50 | 1,174.50 |
| 248,000.00 | 520.00 | 868.00 | 968.00 | 308,000.00 | 770.00 | 1,078.00 | 1,178.00 |
| 249,000.00 | 522.50 | 871.50 | 971.50 | 309,000.00 | 772.50 | 1,081.50 | 1,181.50 |
| 250,000.00 | 525.00 | 875.00 | 975.00 | 310,000.00 | 775.00 | 1,085.00 | 1,185.00 |
| 251,000.00 | 527.50 | 878.50 | 978.50 | 311,000.00 | 777.50 | 1,088.50 | 1,188.50 |
| 252,000.00 | 530.00 | 882.00 | 982.00 | 312,000.00 | 780.00 | 1,092.00 | 1,192.00 |
| 253,000.00 | 632.50 | 885.50 | 985.50 | 313,000.00 | 782.50 | 1,095.50 | 1,195.50 |
| 254,000.00 | 635.00 | 889.00 | 989.00 | 314,000.00 | 785.00 | 1,099.00 | 1,199.00 |
| 255,000.00 | 637.50 | 892.50 | 992.50 | 315,000.00 | 787.50 | 1,102.50 | 1,202.50 |
| 256,000.00 | 640.00 | 896.00 | 996.00 | 316,000.00 | 790.00 | 1,106.00 | 1,206.00 |
| 257,000.00 | 642.50 | 899.50 | 999.50 | 317,000.00 | 792.50 | 1,109.50 | 1,209.50 |
| 258,000.00 | 645.00 | 903.00 | 1,003.00 | 318,000.00 | 795.00 | 1,113.00 | 1,213.00 |
| 259,000.00 | 647.50 | 906.50 | 1,006.50 | 319,000.00 | 797.50 | 1,116.50 | 1,216.50 |
| 260,000.00 | 650.00 | 910.00 | 1,010.00 | 320,000.00 | 800.00 | 1,120.00 | 1,220.00 |
| 261,000.00 | 652.50 | 913.50 | 1,013.50 | 321,000.00 | 802.50 | 1,123.50 | 1,223.50 |
| 262,000.00 | 655.00 | 917.00 | 1,017.00 | 322,000.00 | 805.00 | 1,127.00 | 1,227.00 |
| 263,000.00 | 657.50 | 920.50 | 1,020.50 | 323,000.00 | 807.50 | 1,130.50 | 1,230.50 |
| 264,000.00 | 660.00 | 924.00 | 1,024.00 | 324,000.00 | 810.00 | 1,134.00 | 1,234.00 |
| 265,000.00 | 662.50 | 927.50 | 1,027.50 | 325,000.00 | 812.50 | 1,137.50 | 1,237.50 |
| 266,000.00 | 665.00 | 931.00 | 1,031.00 | 326,000.00 | 815.00 | 1,141.00 | 1,241.00 |
| 267,000.00 | 667.50 | 934.50 | 1,034.50 | 327,000.00 | 817.50 | 1,144.50 | 1,244.50 |
| 268,000.00 | 670.00 | 938.00 | 1,038.00 | 328,000.00 | 820.00 | 1,148.00 | 1,248.00 |
| 269,000.00 | 672.50 | 941.50 | 1,041.50 | 329,000.00 | 822.50 | 1,151.50 | 1,251.50 |
| 270,000.00 | 675.00 | 945.00 | 1,045.00 | 330,000.00 | 825.00 | 1,155.00 | 1,255.00 |
| 271,000.00 | 677.50 | 948.50 | 1,048.50 | 331,000.00 | 827.50 | 1,158.50 | 1,258.50 |
| 272,000.00 | 680.00 | 952.00 | 1,052.00 | 332,000.00 | 830.00 | 1,162.00 | 1,262.00 |
| 273,000.00 | 682.50 | 955.50 | 1,055.50 | 333,000.00 | 832.50 | 1,165.50 | 1,265.50 |
| 274,000.00 | 685.00 | 959.00 | 1,059.00 | 334,000.00 | 835.00 | 1,169.00 | 1,269.00 |
| 275,000.00 | 687.50 | 962.50 | 1,062.50 | 335,000.00 | 837.50 | 1,172.50 | 1,272.50 |
| 276,000.00 | 690.00 | 966.00 | 1,066.00 | 336,000.00 | 840.00 | 1,176.00 | 1,276.00 |
| 277,000.00 | 692.50 | 969.50 | 1,069.50 | 337,000.00 | 842.50 | 1,179.50 | 1,279.50 |
| 278,000.00 | 695.00 | 973.00 | 1,073.00 | 338,000.00 | 845.00 | 1,183.00 | 1,283.00 |
| 279,000.00 | 697.50 | 976.50 | 1,076.50 | 339,000.00 | 847.50 | 1,186.50 | 1,286.50 |
| 280,000.00 | 750.00 | 980.00 | 1,080.00 | 340,000.00 | 850.00 | 1,190.00 | 1,290.00 |
| 281,000.00 | 702.50 | 983.50 | 1,083.50 | 341,000.00 | 852.50 | 1,193.50 | 1,293.50 |
| 282,000.00 | 705.00 | 987.00 | 1,087.00 | 342,000.00 | 855.00 | 1,197.00 | 1,297.00 |
| 283,000.00 | 707.50 | 990.50 | 1,090.50 | 343,000.00 | 857.50 | 1,200.50 | 1,300.50 |
| 284,000.00 | 710.00 | 994.00 | 1,094.00 | 344,000.00 | 860.00 | 1,204.00 | 1,304.00 |
| 285,000.00 | 712.50 | 997.50 | 1,097.50 | 345,000.00 | 862.50 | 1,207.50 | 1,307.50 |
| 286,000.00 | 715.00 | 1,001.00 | 1,101.00 | 346,000.00 | 865.00 | 1,211.00 | 1,311.00 |
| 287,000.00 | 717.50 | 1,004.50 | 1,104.50 | 347,000.00 | 867.50 | 1,214.50 | 1,314.50 |
| 288,000.00 | 720.00 | 1,008.00 | 1,108.00 | 348,000.00 | 870.00 | 1,218.00 | 1,318.00 |
| 289,000.00 | 722.50 | 1,011.50 | 1,111.50 | 349,000.00 | 872.50 | 1,221.50 | 1,321.50 |
| 290,000.00 | 725.00 | 1,015.00 | 1,115.00 | 350,000.00 | 875.00 | 1,225.00 | 1,325.00 |
| 291,000.00 | 727.50 | 1,018.50 | 1,118.50 | 351,000.00 | 877.50 | 1,228.50 | 1,328.50 |
| 292,000.00 | 730.00 | 1,022.00 | 1,122.00 | 352,000.00 | 880.00 | 1,232.00 | 1,332.00 |
| 293,000.00 | 732.50 | 1,025.50 | 1,125.50 | 353,000.00 | 882.50 | 1,235.50 | 1,335.50 |
| 294,000.00 | 735.00 | 1,029.00 | 1,129.00 | 354,000.00 | 885.00 | 1,239.00 | 1,339.00 |
| 295,000.00 | 737.50 | 1,032.50 | 1,132.50 | 355,000.00 | 887.50 | 1,242.50 | 1,342.50 |
| 296,000.00 | 740.00 | 1,036.00 | 1,136.00 | 356,000.00 | 890.00 | 1,246.00 | 1,346.00 |
| 297,000.00 | 742.50 | 1,039.50 | 1,139.50 | 357,000.00 | 892.50 | 1,249.50 | 1,349.50 |
| 298,000.00 | 745.00 | 1,043.00 | 1,143.00 | 358,000.00 | 895.00 | 1,253.00 | 1,353.00 |
| 299,000.00 | 747.50 | 1,046.50 | 1,146.50 | 359,000.00 | 897.50 | 1,256.50 | 1,356.50 |
| 300,000.00 | 750.00 | 1,050.00 | 1,150.00 | 360,000.00 | 900.00 | 1,260.00 | 1,360.00 |

## FIDELITY NATIONAL TITLE
### EFFECTIVE MARCH 1, 2003

| Liability Amount | Loan Policy Rate | Owner Policy Rate | Simultaneous Issue Rate | Liability Amount | Loan Policy Rate | Owner Policy Rate | Simultaneous Issue Rate |
|---|---|---|---|---|---|---|---|
| 361,000.00 | 902.50 | 1,263.50 | 1,363.50 | 421,000.00 | 1,052.50 | 1,473.50 | 1,573.50 |
| 362,000.00 | 905.00 | 1,267.00 | 1,367.00 | 422,000.00 | 1,055.00 | 1,477.00 | 1,577.00 |
| 363,000.00 | 907.50 | 1,270.50 | 1,370.50 | 423,000.00 | 1,057.50 | 1,480.50 | 1,580.50 |
| 364,000.00 | 910.00 | 1,274.00 | 1,374.00 | 424,000.00 | 1,060.00 | 1,484.00 | 1,584.00 |
| 365,000.00 | 912.50 | 1,277.50 | 1,377.50 | 425,000.00 | 1,062.50 | 1,487.50 | 1,587.50 |
| 366,000.00 | 915.00 | 1,281.00 | 1,381.00 | 426,000.00 | 1,065.00 | 1,491.00 | 1,591.00 |
| 367,000.00 | 917.50 | 1,284.50 | 1,384.50 | 427,000.00 | 1,067.50 | 1,494.50 | 1,594.50 |
| 368,000.00 | 920.00 | 1,288.00 | 1,388.00 | 428,000.00 | 1,070.00 | 1,498.00 | 1,598.00 |
| 369,000.00 | 922.50 | 1,291.50 | 1,391.50 | 429,000.00 | 1,072.50 | 1,501.50 | 1,601.50 |
| 370,000.00 | 925.00 | 1,295.00 | 1,395.00 | 430,000.00 | 1,075.00 | 1,505.00 | 1,605.00 |
| 371,000.00 | 927.50 | 1,298.50 | 1,398.50 | 431,000.00 | 1,077.50 | 1,508.50 | 1,608.50 |
| 372,000.00 | 930.00 | 1,302.00 | 1,402.00 | 432,000.00 | 1,080.00 | 1,512.00 | 1,612.00 |
| 373,000.00 | 932.50 | 1,305.50 | 1,405.50 | 433,000.00 | 1,082.50 | 1,515.50 | 1,615.50 |
| 374,000.00 | 935.00 | 1,309.00 | 1,409.00 | 434,000.00 | 1,085.00 | 1,519.00 | 1,619.00 |
| 375,000.00 | 937.50 | 1,312.50 | 1,412.50 | 435,000.00 | 1,087.50 | 1,522.50 | 1,622.50 |
| 376,000.00 | 940.00 | 1,316.00 | 1,416.00 | 436,000.00 | 1,090.00 | 1,526.00 | 1,626.00 |
| 377,000.00 | 942.50 | 1,319.50 | 1,419.50 | 437,000.00 | 1,092.50 | 1,529.50 | 1,629.50 |
| 378,000.00 | 945.00 | 1,323.00 | 1,423.00 | 438,000.00 | 1,095.00 | 1,533.00 | 1,633.00 |
| 379,000.00 | 947.50 | 1,326.50 | 1,426.50 | 439,000.00 | 1,097.50 | 1,536.50 | 1,636.50 |
| 380,000.00 | 950.00 | 1,330.00 | 1,430.00 | 440,000.00 | 1,100.00 | 1,540.00 | 1,640.00 |
| 381,000.00 | 952.50 | 1,333.50 | 1,433.50 | 441,000.00 | 1,102.50 | 1,543.50 | 1,643.50 |
| 382,000.00 | 955.00 | 1,337.00 | 1,437.00 | 442,000.00 | 1,105.00 | 1,547.00 | 1,647.00 |
| 383,000.00 | 957.50 | 1,340.50 | 1,440.50 | 443,000.00 | 1,107.50 | 1,550.50 | 1,650.50 |
| 384,000.00 | 960.00 | 1,344.00 | 1,444.00 | 444,000.00 | 1,110.00 | 1,554.00 | 1,654.00 |
| 385,000.00 | 962.50 | 1,347.50 | 1,447.50 | 445,000.00 | 1,112.50 | 1,557.50 | 1,657.50 |
| 386,000.00 | 965.00 | 1,351.00 | 1,451.00 | 446,000.00 | 1,115.00 | 1,561.00 | 1,661.00 |
| 387,000.00 | 967.50 | 1,354.50 | 1,454.50 | 447,000.00 | 1,117.50 | 1,564.50 | 1,664.50 |
| 388,000.00 | 970.00 | 1,358.00 | 1,458.00 | 448,000.00 | 1,120.00 | 1,568.00 | 1,668.00 |
| 389,000.00 | 972.50 | 1,361.50 | 1,461.50 | 449,000.00 | 1,122.50 | 1,571.50 | 1,671.50 |
| 390,000.00 | 975.00 | 1,365.00 | 1,465.00 | 450,000.00 | 1,125.00 | 1,575.00 | 1,675.00 |
| 391,000.00 | 977.50 | 1,368.50 | 1,468.50 | 451,000.00 | 1,127.50 | 1,578.50 | 1,678.50 |
| 392,000.00 | 980.00 | 1,372.00 | 1,472.00 | 452,000.00 | 1,130.00 | 1,582.00 | 1,682.00 |
| 393,000.00 | 982.50 | 1,375.50 | 1,475.50 | 453,000.00 | 1,132.50 | 1,585.50 | 1,685.50 |
| 394,000.00 | 985.00 | 1,379.00 | 1,479.00 | 454,000.00 | 1,135.00 | 1,589.00 | 1,689.00 |
| 395,000.00 | 987.50 | 1,382.50 | 1,482.50 | 455,000.00 | 1,137.50 | 1,592.50 | 1,692.50 |
| 396,000.00 | 990.00 | 1,386.00 | 1,486.00 | 456,000.00 | 1,140.00 | 1,596.00 | 1,696.00 |
| 397,000.00 | 992.50 | 1,389.50 | 1,489.50 | 457,000.00 | 1,142.50 | 1,599.50 | 1,699.50 |
| 398,000.00 | 995.00 | 1,393.00 | 1,493.00 | 458,000.00 | 1,145.00 | 1,603.00 | 1,703.00 |
| 399,000.00 | 997.50 | 1,396.50 | 1,496.50 | 459,000.00 | 1,147.50 | 1,606.50 | 1,706.50 |
| 400,000.00 | 1,000.00 | 1,400.00 | 1,500.00 | 460,000.00 | 1,150.00 | 1,610.00 | 1,710.00 |
| 401,000.00 | 1,002.50 | 1,403.50 | 1,503.50 | 461,000.00 | 1,152.50 | 1,613.50 | 1,713.50 |
| 402,000.00 | 1,005.00 | 1,407.00 | 1,507.00 | 462,000.00 | 1,155.00 | 1,617.00 | 1,717.00 |
| 403,000.00 | 1,007.50 | 1,410.50 | 1,510.50 | 463,000.00 | 1,157.50 | 1,620.50 | 1,720.50 |
| 404,000.00 | 1,010.00 | 1,414.00 | 1,514.00 | 464,000.00 | 1,160.00 | 1,624.00 | 1,724.00 |
| 405,000.00 | 1,012.50 | 1,417.50 | 1,517.50 | 465,000.00 | 1,162.50 | 1,627.50 | 1,727.50 |
| 406,000.00 | 1,015.00 | 1,421.00 | 1,521.00 | 466,000.00 | 1,165.00 | 1,631.00 | 1,731.00 |
| 407,000.00 | 1,017.50 | 1,424.50 | 1,524.50 | 467,000.00 | 1,167.50 | 1,634.50 | 1,734.50 |
| 408,000.00 | 1,020.00 | 1,428.00 | 1,528.00 | 468,000.00 | 1,170.00 | 1,638.00 | 1,738.00 |
| 409,000.00 | 1,022.50 | 1,431.50 | 1,531.50 | 469,000.00 | 1,172.50 | 1,641.50 | 1,741.50 |
| 410,000.00 | 1,025.00 | 1,435.00 | 1,535.00 | 470,000.00 | 1,175.00 | 1,645.00 | 1,745.00 |
| 411,000.00 | 1,027.50 | 1,438.50 | 1,538.50 | 471,000.00 | 1,177.50 | 1,648.50 | 1,748.50 |
| 412,000.00 | 1,030.00 | 1,442.00 | 1,542.00 | 472,000.00 | 1,180.00 | 1,652.00 | 1,752.00 |
| 413,000.00 | 1,032.50 | 1,445.50 | 1,545.50 | 473,000.00 | 1,182.50 | 1,655.50 | 1,755.50 |
| 414,000.00 | 1,035.00 | 1,449.00 | 1,549.00 | 474,000.00 | 1,185.00 | 1,659.00 | 1,759.00 |
| 415,000.00 | 1,037.50 | 1,452.50 | 1,552.50 | 475,000.00 | 1,187.50 | 1,662.50 | 1,762.50 |
| 416,000.00 | 1,040.00 | 1,456.00 | 1,556.00 | 476,000.00 | 1,190.00 | 1,666.00 | 1,766.00 |
| 417,000.00 | 1,042.50 | 1,459.50 | 1,559.50 | 477,000.00 | 1,192.50 | 1,669.50 | 1,769.50 |
| 418,000.00 | 1,045.00 | 1,463.00 | 1,563.00 | 478,000.00 | 1,195.00 | 1,673.00 | 1,773.00 |
| 419,000.00 | 1,047.50 | 1,466.50 | 1,566.50 | 479,000.00 | 1,197.50 | 1,676.50 | 1,776.50 |
| 420,000.00 | 1,050.00 | 1,470.00 | 1,570.00 | 480,000.00 | 1,200.00 | 1,680.00 | 1,780.00 |

FIDELITY NATIONAL TITLE
EFFECTIVE MARCH 1, 2003

| Liability Amount | Loan Policy Rate | Owner Policy Rate | Simultaneous Issue Rate | Liability Amount | Loan Policy Rate | Owner Policy Rate | Simultaneous Issue Rate |
|---|---|---|---|---|---|---|---|
| 481,000.00 | 1,202.50 | 1,683.50 | 1,783.50 | 491,000.00 | 1,227.50 | 1,718.50 | 1,818.50 |
| 482,000.00 | 1,205.00 | 1,687.00 | 1,787.00 | 492,000.00 | 1,230.00 | 1,722.00 | 1,822.00 |
| 483,000.00 | 1,207.50 | 1,690.50 | 1,790.50 | 493,000.00 | 1,232.50 | 1,725.50 | 1,825.50 |
| 484,000.00 | 1,210.00 | 1,694.00 | 1,794.00 | 494,000.00 | 1,235.00 | 1,729.00 | 1,829.00 |
| 485,000.00 | 1,212.50 | 1,697.50 | 1,797.50 | 495,000.00 | 1,237.50 | 1,732.50 | 1,832.50 |
| 486,000.00 | 1,215.00 | 1,701.00 | 1,801.00 | 496,000.00 | 1,240.00 | 1,736.00 | 1,836.00 |
| 487,000.00 | 1,217.50 | 1,704.50 | 1,804.50 | 497,000.00 | 1,242.50 | 1,739.50 | 1,839.50 |
| 488,000.00 | 1,220.00 | 1,708.00 | 1,808.00 | 498,000.00 | 1,245.00 | 1,743.00 | 1,843.00 |
| 489,000.00 | 1,222.50 | 1,711.50 | 1,811.50 | 499,000.00 | 1,247.50 | 1,746.50 | 1,846.50 |
| 490,000.00 | 1,225.00 | 1,715.00 | 1,815.00 | 500,000.00 | 1,250.00 | 1,750.00 | 1,850.00 |
| 750,000.00 | 1,875.00 | 2,625.00 | 2,725.00 | 1,500,000.00 | 3,500.00 | 4,750.00 | 4,850.00 |
| 1,000,000.00 | 2,500.00 | 3,500.00 | 3,600.00 | 1,750,000.00 | 4,000.00 | 5,375.00 | 5,475.00 |
| 1,250,000.00 | 3,000.00 | 4,125.00 | 4,225.00 | 2,000,000.00 | 4,500.00 | 6,000.00 | 6,100.00 |

# Fidelity National Title
### INSURANCE COMPANY



133 Federal Street
Boston, MA 02110
(617) 350-8828
(800) 882-1266
(617) 350-8826 fax

---

# PREMIUM RATE INCREASE
## EFFECTIVE MARCH 1, 2003

Effective March 1, 2003 the rates for our Owners Policy premium will increase. The rates will be as follows:

### Standard ALTA Owner Policy
Up to and including $1,000,000.00 of liability ........................$3.50 per $1,000.00
Over $1,000,000.00 and up to and including $2,000,000.00 .........$2.50 per $1,000.00
Over $2,000,000.00 is negotiable

### TITLEPLUS Owner Policy (Enhanced Coverage)
Up to and including $1,000,000.00 of liability ........................$3.85 per $1,000.00
Over $1,000,000.00 and up to and including $2,000,000.00 .........$2.75 per $1,000.00
Over $2,000,000.00 is negotiable

### Standard ALTA Loan Policy NO CHANGE
Up to and including $1,000,000.00 of liability ........................$2.50 per $1,000.00
Over $1,000,000.00 and up to and including $2,000,000.00 .........$2.00 per $1,000.00
Over $2,000,000.00 is negotiable

### TITLEPLUS Loan Policy (Enhanced Coverage) NO CHANGE
Up to and including $1,000,000.00 of liability..........................$2.75 per $1,000.00
Over $1,000,000.00 and up to and including $2,000,000.00...........$2.20 per $1,000.00
Over $2,000,000.00 is negotiable

NOTE: Premium for policies issued prior to March 1, 2003 should be calculated at the current rate.

SIMULTANEOUS ISSUE RATE: The Simultaneous Issue rate of $100.00 will remain the same. Owner's rate (ALTA or TITLEPLUS) based on the purchase price plus $100.00 for the loan policy (ALTA or TITLEPLUS). Note: The ALTA and

TITLEPLUS owner and loan policies may be interchanged for simultaneous issuance.

**MINIMUM PREMIUM:** The minimum premium for Mortgage and Owner's policies ( ALTA and TITLEPLUS) is $100.00.

**REFINANCE RATE:** If a policy has been issued insuring the mortgage being refinanced, then the new premium may be 60% of the current premium. If the amount of the new loan exceeds the amount of the old loan, then additional premium at the full rate should also be collected for that excess amount

PLEASE NOTE: All of the software companies have been notified of the rate change. Please contact your individual software company in order for them to change your software. If you have any questions please contact the Boston office.    2/7/03