UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ )<br>BRIAN L. FRECHETTE, )<br> )<br>        Plaintiff, )<br> )<br>v. )<br> )<br>AMERIQUEST MORTGAGE COMPANY )<br>and DEUTSCHE BANK NATIONAL )<br>TRUST COMPANY, as TRUSTEE of )<br>AMERIQUEST MORTGAGE )<br>SECURITIES, INC. ASSET BACKED )<br>PASS-THROUGH CERTIFICATES, )<br>SERIES 2003-11 UNDER THE POOLING )<br>AND SERVICING AGREEMENT DATED )<br>AS OF NOVEMBER 1, 2003, WITHOUT )<br>RECOURSE, )<br> )<br>        Defendants. )<br>_____ ) | CIVIL ACTION NO. 05-11398-RWZ |

**ASSENTED TO MOTION TO ENLARGE TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND TO ENLARGE TIME FOR DEFENDANTS TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff, Brian L. Frechette, hereby respectfully requests that the Court enlarge the time within which the Plaintiff may file Plaintiff's opposition to Defendants' Motion For Summary Judgment up through and including September 29, 2006, and, correspondingly, enlarge the time within which the Defendants may reply to Plaintiff's opposition up through and including October 11, 2006. As grounds for this motion, Plaintiff states:

1.     The parties are in the midst of potentially productive settlement negotiations and would like additional time to determine if a settlement can be achieved before further legal expense is incurred by either party in connection with Defendants' Motion For Summary Judgment.

2.     The Defendants have agreed to an enlargement of time within which the Plaintiff may file its opposition to Defendants' Motion For Summary Judgment and likewise the Plaintiff has agreed to a corresponding enlargement of time within which the Defendants may reply to Plaintiffs's opposition.

3.     The Defendants have assented to this motion.

WHEREFORE, Plaintiff Brian L. Frechette respectfully requests that the Court enlarge the time within which the Plaintiff may file its opposition to the Defendants' Motion For Summary Judgment up through and including September 29, 2006, and, correspondingly, enlarge the time within which the Defendants may reply to Plaintiff's opposition up through and including October 11, 2006.

| | |
|---|---|
| Assented To: | Respectfully submitted, |
| AMERIQUEST MORTGAGE CORPORATION and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-11 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2003, WITHOUT RECOURSE | BRIAN L. FRECHETTE<br>By his attorneys,<br><br>  /s/ Michael J. Powers<br>Michael J. Powers (BBO #405035)<br>POWERS LAW OFFICES, P.C.<br>91 Gloucester Road<br>Westwood, MA 02090<br>781-326-7766<br>(bicoastal@comcast.net) |
| By their attorneys,<br><br>    /s/ Ryan M. Tosi (with permission)<br>R. Bruce Allensworth (BBO #015820)<br>(ballensworth@klng.com)<br>Phoebe S. Winder (BBO #567103)<br>(pwinder@klng.com)<br>Ryan M. Tosi (BBO #661080)<br>(rtosi@klng.com)<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111-2950<br>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 |   /s/ John T. Landry, III<br>John T. Landry, III (BBO # 544388)<br>GLYNN, LANDRY, HARRINGTON & RICE LLP<br>Ten Forbes Road<br>Braintree, MA 02184<br>781-356-1399<br>(glynlandry@aol.com) |

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 13, 2006.

                                                 /s/ Michael J. Powers