**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                                                )
BRIAN L. FRECHETTE,                                )
                                                                )
                            Plaintiff,                         )
                                                                )
v.                                                              )
                                                                )
AMERIQUEST MORTGAGE COMPANY )
and DEUTSCHE BANK NATIONAL            )
TRUST COMPANY, as TRUSTEE of            )          CIVIL ACTION NO. 05-11398-RWZ
AMERIQUEST MORTGAGE                      )
SECURITIES, INC. ASSET BACKED           )
PASS-THROUGH CERTIFICATES,              )
SERIES 2003-11 UNDER THE POOLING     )
AND SERVICING AGREEMENT DATED )
AS OF NOVEMBER 1, 2003, WITHOUT     )
RECOURSE,                                               )
                                                                )
                            Defendants.                      )
_____ )

**ASSENTED TO MOTION TO FURTHER ENLARGE TIME FOR PLAINTIFF TO FILE
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND
TO ENLARGE TIME FOR DEFENDANTS TO FILE REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

        Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff, Brian L. Frechette,

hereby respectfully requests that the Court enlarge the time within which the Plaintiff may file

Plaintiff's opposition to Defendants' Motion For Summary Judgment up through and including

October 20, 2006, and, correspondingly, enlarge the time within which the Defendants may reply to

Plaintiff's opposition up through and including October 30, 2006.  As grounds for this motion,

Plaintiff states:

1.      The parties are continuing with productive settlement negotiations and are in need of additional time to finalize the details of a settlement which, if successful, will avoid further legal expense for both parties.

2.      The Defendants have agreed to an enlargement of time within which the Plaintiff may file its opposition to Defendants' Motion For Summary Judgment and likewise the Plaintiff has agreed to a corresponding enlargement of time within which the Defendants may reply to Plaintiffs's opposition.

3.      The Defendants have assented to this motion.

WHEREFORE, Plaintiff Brian L. Frechette respectfully requests that the Court enlarge the time within which the Plaintiff may file its opposition to the Defendants' Motion For Summary Judgment up through and including October 20, 2006, and, correspondingly, enlarge the time within which the Defendants may reply to Plaintiff's opposition up through and including October 30, 2006.

Assented To:

AMERIQUEST MORTGAGE CORPORATION
and DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE OF AMERIQUEST
MORTGAGE SECURITIES, INC. ASSET
BACKED PASS-THROUGH CERTIFICATES,
SERIES 2003-11 UNDER THE POOLING AND
SERVICING AGREEMENT DATED AS OF
NOVEMBER 1, 2003, WITHOUT RECOURSE


By their attorneys,

   /s/ Ryan M. Tosi (with permission)
R. Bruce Allensworth (BBO #015820)
(ballensworth@klng.com)
Phoebe S. Winder (BBO #567103)
(pwinder@klng.com)
Ryan M. Tosi (BBO #661080)
(rtosi@klng.com)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
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

Respectfully submitted,

BRIAN L. FRECHETTE
By his attorneys,

  /s/ Michael J. Powers
Michael J. Powers (BBO #405035)
POWERS LAW OFFICES, P.C.
91 Gloucester Road
Westwood, MA 02090
781-326-7766
(bicoastal@comcast.net)

  /s/ John T. Landry, III
John T. Landry, III (BBO # 544388)
GLYNN, LANDRY, HARRINGTON &
RICE LLP
Ten Forbes Road
Braintree, MA 02184
781-356-1399
(glynlandry@aol.com)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 29, 2006.

/s/ Michael J. Powers