UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BRIAN L. FRECHETTE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, as TRUSTEE of AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-11 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2003, WITHOUT RECOURSE, | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 05-11398-RWZ |
| Defendants. | ) ) | |

**ASSENTED TO MOTION TO FURTHER ENLARGE TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND TO ENLARGE TIME FOR DEFENDANTS TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b), plaintiff, Brian L. Frechette, hereby respectfully requests that the Court enlarge the time within which the plaintiff may file plaintiff's opposition to defendants' motion for summary judgment up through and including November 10, 2006, and, correspondingly, enlarge the time within which the defendants may reply to plaintiff's opposition up through and including November 20, 2006. As grounds for this motion, plaintiff states:

1.  The parties are continuing with productive settlement negotiations and are in need of additional time to finalize the details of a settlement which, if successful, will avoid further legal expense for both parties.

- 2 -

2. The defendants have agreed to an enlargement of time within which the plaintiff may file its opposition to defendants' motion for summary judgment and likewise the plaintiff has agreed to a corresponding enlargement of time within which the defendants may reply to plaintiff's opposition.

3. The defendants have assented to this motion.

WHEREFORE, plaintiff Brian L. Frechette respectfully requests that the Court enlarge the time within which plaintiff may file his opposition to defendants' motion for summary judgment up through and including November 10, 2006, and, correspondingly, enlarge the time within which the Defendants may reply to Plaintiff's opposition up through and including November 20, 2006.

| Respectfully submitted, | Assented to: |
|---|---|
| BRIAN L. FRECHETTE | AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-11 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2003, WITHOUT RECOURSE |
| By his attorneys, | By their attorneys, |

/s/ *John T. Landry, III* (with permission)                        /s/ *R. Bruce Allensworth*
_____          _____
John T. Landry, III (BBO #544388)                              R. Bruce Allensworth (BBO #015820)
(glynlandry@aol.com)                                                     (ballensworth@klng.com)
GLYNN, LANDRY, HARRINGTON &                       Phoebe S. Winder (BBO #567103)
RICE, LLP                                                                            (pwinder@klng.com)
10 Forbes Road                                                                 Ryan M. Tosi (BBO #661080)
Braintree, MA 02184                                                       (rtosi@klng.com)
(781) 356-1399                                                                  KIRKPATRICK & LOCKHART
                                                                                            NICHOLSON GRAHAM LLP
                                                                                            State Street Financial Center
                                                                                            One Lincoln Street
/s/ *Michael J. Powers* (with permission)                   Boston, MA 02111
_____          (617) 261-3100
Michael J. Powers (BBO No. #405035)
(bicoastal@comcast.net)
Powers Law Offices, P.C.
91 Gloucester Road
Westwood, MA  02090
(781) 326-7766


Dated: October 20, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed on October 20, 2006 through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 20, 2006.

John T. Landry, III
Glynn, Landry, Harrington & Rice, LLP
10 Forbes Road
Braintree, MA 02184-2605

Michael J. Powers
Powers Law Offices, P.C.
91 Gloucester Road
Westwood, MA 02090

                                                /s/ *R. Bruce Allensworth*
                                                _____
                                                R. Bruce Allensworth