UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN L. FRECHETTE
    Plaintiff

V.

                           CIVIL ACTION:05CV11398-RWZ

AMERIQUEST MORTGAGE CO.
    Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.                                                                     NOVEMBER 15, 2006

       The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

                                                                            By the Court,

                                                                            s/ Lisa A. Urso
                                                                            Deputy Clerk

30day.ord