UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN L. FRECHETTE,<br><br>      Plaintiff,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, as TRUSTEE of AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-11 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2003, WITHOUT RECOURSE,<br><br>      Defendants. | CIVIL ACTION NO. 05-11398-RWZ |

NOTICE OF CHANGE OF FIRM NAME

Please take notice of the following firm name change and e-mail address change for counsel for defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset Backed Pass-Through Certificates, Series 2003-11 Under the Pooling and Servicing Agreement Dated as of November 1, 2003, Without Recourse – which changes are effective January 1, 2007:

R. Bruce Allensworth, Esq. (bruce.allensworth@klgates.com)
Phoebe S. Winder, Esq. (phoebe.winder@klgates.com)
Ryan M. Tosi, Esq. (ryan.tosi@klgates.com)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone:  (617) 261-3100
Facsimile:  (617) 261-3175

BOS-1042182 v2

- 2 -

Respectfully submitted,

AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-11 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2003, WITHOUT RECOURSE

By their attorneys,

/s/ *Ryan M. Tosi*

_____
R. Bruce Allensworth (BBO #015820)
(bruce.allensworth@klgates.com)
Phoebe S. Winder (BBO #567103)
(phoebe.winder@klgates.com)
Ryan M. Tosi (BBO #661080)
(ryan.tosi@klgates.com)
KIRKPATRICK & LOCKHART
  PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100

Dated: January 8, 2007

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed on January 8, 2007 through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 8, 2007.

John T. Landry, III
Glynn, Landry, Harrington & Rice, LLP
10 Forbes Road
Braintree, MA 02184-2605

Michael J. Powers
Powers Law Offices, P.C.
91 Gloucester Road
Westwood, MA 02090

                                                      /s/ *Ryan M. Tosi*
                                                      _____
                                                      Ryan M. Tosi