**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BRIAN L. FRECHETTE, <br><br> Plaintiff, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, as TRUSTEE of AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-11 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2003, WITHOUT RECOURSE, <br><br> Defendants. | CIVIL ACTION NO. 05-11398-RWZ |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Brian L. Frechette, and defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset Backed Pass-Through Certificates, Series 2003-11 Under the Pooling and Servicing Agreement Dated as of November 1, 2003, Without Recourse by and through their undersigned attorneys, hereby STIPULATE AND AGREE that this action shall be and hereby is DISMISSED WITH PREJUDICE. Each party shall bear its own costs and expenses, including attorneys' fees, and hereby waives any rights of appeal.

Respectfully submitted,

| BRIAN L. FRECHETTE | AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-11 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2003, WITHOUT RECOURSE |
|---|---|
| By his attorneys, | By their attorneys, |
| /s/ *John T. Landry, III* (with permission) | /s/ *Ryan M. Tosi* |
| John T. Landry, III (BBO #544388) (glynlandry@aol.com) GLYNN, LANDRY, HARRINGTON & RICE, LLP 10 Forbes Road Braintree, MA 02184 (781) 356-1399 | R. Bruce Allensworth (BBO #015820) (bruce.allensworth@klgates.com) Phoebe S. Winder (BBO #567103) (phoebe.winder@klgates.com) Ryan M. Tosi (BBO #661080) (ryan.tosi@klgates.com) KIRKPATRICK & LOCKHART   PRESTON GATES ELLIS LLP State Street Financial Center One Lincoln Street Boston, MA 02111 (617) 261-3100 |
| /s/ *Michael J. Powers, Esq.* (with permission) | |
| Michael J. Powers (BBO No. #405035) (bicoastal@comcast.net) Powers Law Offices, P.C. 91 Gloucester Road Westwood, MA 02090 (781) 326-7766 | |

Dated: January 19, 2007

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 19th day of January, 2007.

John T. Landry, III
Glynn, Landry, Harrington & Rice, LLP
10 Forbes Road
Braintree, MA 02184-2605

Michael J. Powers
Powers Law Offices, P.C.
91 Gloucester Road
Westwood, MA 02090

                                  /s/ *Ryan M. Tosi*
                                  _____
                                  Ryan M. Tosi